UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------
SAMMART FASHION CO. LTD.

                    Plaintiff,                    Case No.  O7 CV 4035
                                                   JUDGE BATTS
    -against-                                    **Rule 7.1 Statement**

WEAR ME APPAREL CORP.
d/b/a KIDS HEADQUARTERS
and HEYMAN CORPORATION

                    Defendants,
-------------------------------------------------------------

      Pursuant to Federal Rule of Civil Procedure 7.1 (formerly Local General Rule 1.9) and to enable District Judgments and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held.

                                      NONE


Date:  May 30, 2007                              _____
                                                            Signature of Attorney

                                                            Attorney Bar Code: LS8384

                                                            LESLIE MARTIN SHAMIS, ESQ.
                                                            64 West Park Avenue
                                                           P.O. Box 570
                                                          Long Beach, New York 11561
                                                           516-889-9200