UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
SAMMART FASHION CO. LTD.,

                      Plaintiff,                  07 CV 4035 (DAB)

       - against -

                                                  **Statement Pursuant to**
WEAR ME APPAREL CORP. d/b/a KIDS        **Fed. R. Civ. P. 7.1(a)**
HEADQUARTERS and HEYMAN
CORPORATION,

                      Defendants.
------------------------------------------------------------ x

        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for defendant Wear Me Apparel LLC d/b/a Kids Headquarters (as successor by merger to Wear Me Apparel Corp. d/b/a Kids Headquarters) ("Wear Me"), a private (non-governmental) corporate party, certifies that it has no parent corporation, and that Allied Capital Corporation, a publicly held corporation, owns ten percent or more of Wear Me.

Dated:   New York, New York
             July 31, 2007

                                          Kramer Levin Naftalis & Frankel LLP

                                          By      s/Jeremy A. Cohen
                                               Jonathan M. Wagner (JW-7197)
                                               Jeremy A. Cohen (JC-6602)
                                               1177 Avenue of the Americas
                                               New York, New York 10036
                                               (212) 715-9100

                                               Attorneys for Defendant Wear Me Apparel
                                               Corp. d/b/a Kids Headquarters

KL3 2603174.1