UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- x
SAMMART FASHION CO. LTD.,                :
                                         :
                    Plaintiff,           :   07 CV 4035 (DAB)
                                         :
        - against -                      :
                                         :   NOTICE OF MOTION TO DISMISS
WEAR ME APPAREL CORP. d/b/a KIDS         :
HEADQUARTERS and HEYMAN                  :
CORPORATION,                             :
                                         :
                    Defendants.          :
---------------------------------------- x

Please take notice that, upon the annexed declaration of Jeremy A. Cohen, dated July 31, 2007, and the accompanying memorandum of law, defendant Wear Me Apparel LLC d/b/a Kids Headquarters, as successor by merger to Wear Me Apparel Corp. d/b/a Kids Headquarters, ("Wear Me") will move this Court, before the Honorable Deborah A. Batts, in Courtroom 24B, at the United States Courthouse, 500 Pearl Street, New York, New York, at a time and date convenient for the Court, for an Order, pursuant to Fed. R. Civ. P. 12(b)(6), dismissing the Complaint as to Wear Me with prejudice, and for such other relief as the Court deems just and proper.

Dated: New York, New York
       July 31, 2007

                              By: __/s/ Jeremy A. Cohen_____
                                  Jonathan M. Wagner (JW-7197)
                                  Jeremy A. Cohen (JC-6602)

                              1177 Avenue of the Americas
                              New York, New York 10036
                              (212) 715-9100

                              Attorneys for Defendant Wear Me Apparel Corp.
                              d/b/a Kids Headquarters

KL3 2605140.1

To:  Leslie Martin Shamis, Esq.
64 West Park Avenue
P.O. Box 570
Long Beach, New York 11561-0570
(516) 889-9200

Attorney for Plaintiff Sammart Fashion Co. Ltd.

KL3 2605140.1