**EXHIBIT 3**

## Schedule A

|  | Balance | Sub Schedule |
|---|---:|---|
| AP | 19,201.65 | 1A |
| Sammart | 7,124.20 | 1B |
| Duties Payable | 56,528.00 | 2 |
| Payroll - Vacation | 145,000.00 | 3 |
| Sales Comm | 821.35 | 4 |
| Payroll Tax | 23,000.00 | 5 |
| Interest | 4,312.74 | 6 |
| Prof Fees | 23,500.00 | 7 |
| Royalty | 531,423.84 | 8 |
| Other accrued | 144,880.00 | 9 |
|  | **955,791.78** |  |
| Accrued Inventory | 863,532.00 | 10 |
| Total | **1,819,323.78** |  |