Aug 15 07 02:34p    L M SHAMIS              516 888-9105        p.2
08/15/2007 14:37 FAX 212 715 8000    KRAMER LEVIN LLP                  ☒002

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- x

SAMMART FASHION CO. LTD.,

            Plaintiff,

    - against -

WEAR ME APPAREL CORP. d/b/a KIDS
HEADQUARTERS and HEYMAN
CORPORATION,

            Defendants.

---------------------------------------- x

07 CV 4035 (DAB)

Stipulation and Order

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Aug 16, 2007

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for plaintiff Sammart Fashion Co. Ltd. ("Sammart") and defendant Wear Me Apparel Corp. d/b/a Kids Headquarters ("Wear Me"), that in connection with Wear Me's motion to dismiss dated July 31, 2007:

1. Sammart shall serve its opposition by September 21, 2007.

2. Wear Me shall serve its reply by October 12, 2007.

SO ORDERED

*Deborah A. Batts*

DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE

Aug 15 07 02:34p       L M SHAMIS            516 889-9105              p.3
08/15/2007 14:37 FAX 212 715 8000    KRAMER LEVIN LLP              @003

Dated: August 15, 2007

| | |
|---|---|
| LESLIE MARTIN SHAMIS | KRAMER LEVIN NAFTALIS & FRANKEL LLP |
| By: *[signature]* Leslie Martin Shamis | By: *[signature]* Jonathan M. Wagner (JW-7197) Jeremy A. Cohen (JC-6602) |
| 64 West Park Avenue P.O. Box 570 Long Beach, NY 11561 (516) 889-9200 telephone (516) 889-9105 facsimile | 177 Avenue of the Americas New York, New York 10036 (213) 715-9100 telephone (212) 715-8000 facsimile |
| Attorneys for Plaintiff Sammart Fashion Co. Ltd. | Attorneys for Defendant Wear Me Apparel Corp. d/b/a Kids Headquarters |

So Ordered:

_____

Hon. Deborah A. Batts
United States District Judge

-2-