LESLIE MARTIN SHAMIS, ESQ.
PO Box 570
Long Beach, New York 11561
(516)889-9200
Attorney to Plaintiff

MITNICK & MALZBERG, P.C.
29 Race Street
PO Box 429
Frenchtown, New Jersey 08825
(908) 996-3716
Co-counsel to Plaintiff

---

| | |
|---|---|
| SAMMART FASHION CO. LTD. | : UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK |
| | : Case No. 07 CV 4035 JUDGE BATTS |
| Plaintiff, | : |
| v. | : **AFFIDAVIT OF DORA TONG** |
| WEAR ME APPAREL CORP. d/b/a KIDS : HEADQUARTERS and HEYMAN CORPORATION | : |
| Defendant, | : |

COUNTRY OF HONG KONG :

SPECIAL ADMINISTRATIVE REGION :
OF PEOPLES REPUBLIC OF CHINA

1. I, Dora Tong, am the Executive Director of the plaintiff, and am fully familiar with the facts of this litigation. This Affidavit is submitted in opposition to defendant Wear Me Apparel's motion to dismiss plaintiff's Complaint, or in the alternative, to amend plaintiff's Complaint.

2. Plaintiff was in the business of manufacturing clothing apparel for the defendant Heyman Corporation (hereinafter "Heyman"), who was also in the garment business. There is due and owing the sum of $257,947.63 from the defendant Heyman. I am informed by my attorney that defendant Heyman is in default in answering this Complaint.

3. Despite many attempts to seek payment prior to litigation, all attempts to get paid fell

3. There was a long standing relationship between the plaintiff and defendant Heyman. In 2006, defendant, Heyman was in serious arrears in payments to the plaintiff, and in January, 2006, plaintiff received an email from Larry Heyman, (Exhibit "A"), asking for our cooperation in continuing to ship goods to the defendant despite being in serious arrears. In that email, he advised that he had found alternate financing and would be able to cure the arrears soon.

4. On February 21, 2006, after making an inquiry regarding making a payment in an attempt to catch up, defendant, by and through Larry Heyman, advised our office of the potential sale and closing of Heyman to Kids Headquarters. I am annexing hereto as Exhibit "B" said email.

5. In that email, plaintiff was advised that Larry Heyman and John of Heyman were meeting with defendant, Kids Headquarters, concerning payment of the obligation to the plaintiff, and we were further advised that the balance of monies due to plaintiff would most certainly be paid after the closing by and between Heyman and Kids Headquarters.

6. It was further advised in that email to please keep these issues secret, including the fact that Larry Heyman would receive employment and be Executive Vice President of the defendant Kids Headquarters.

7. In March, 2006, in yet another email by and between the plaintiff and defendant Heyman, promises continued concerning payment. (Exhibit "C").

8. All along, plaintiff was told that the balance of the obligation, which is the subject of this litigation, was going to be paid upon the closing, which we now know only after a lawsuit was filed, that an Asset Purchase Agreement was entered into by and between Wear Me Apparel and Heyman. Plaintiff was advised that its debt would be paid, and/or the obligation was going to be assumed, as part of the Asset Purchase Agreement, and same was confirmed through various emails.

9. Despite many attempts to seek payment prior to litigation, all attempts to get paid fell

on deaf ears after April, 2006. Wear Me Apparel failed to produce or provide a copy of the Asset Purchase Agreement to the plaintiff or plaintiff's counsel prior to this litigation.

10. Defendant Wear Me Apparel claims that the Asset Purchase Agreement is the controlling document, and the liability should be limited by the Asset Purchase Agreement itself. First and foremost it is clear that not only did Larry Heyman know of this outstanding debt, but if any due diligence was conducted by Wear Me Apparel, it would have known about this obligation. What is most curious and surprising is that the liability between plaintiff and defendant was listed as an exhibit, (which plaintiff's obligation was in fact assumed by Wear Me Apparel and significantly has never been paid and remains outstanding),[1] and was to be paid, but for some reason unknown to plaintiff, and without justification, was reduced from the suit amount of $257,947.63 to $7,124.24. There is no plausible explanation for this reduction, and clearly any reduction from the amount due is a phantom reduction. Prior to this litigation, the amount due from Heyman was never disputed.

11. More importantly payment by defendant Wear Me Apparel has never been made. As such, Wear Me Apparel has assumed the obligation of the plaintiff and on this basis alone this case should not be dismissed. Defendant now files a motion claiming their liability should be limited by the Asset Purchase Agreement, and this Court should dismiss this litigation. First and foremost, as stated herein, these monies were never tendered, and secondly, discovery should be conducted to see how and why this amount was reduced to $7,124.24 when the emails and statement of account clearly demonstrates the liability of the defendant, with no credits due. Plaintiff was not a party to that agreement. It now appears the parties may be attempting to avoid payment and defraud plaintiff of its rightful payment through the Asset Purchase Agreement. Plaintiff was

---

[1]While the amount to be paid is incorrect and plaintiff disputes the amount assumed, there was an amount which was in fact assumed by Wear Me Apparel.

advised that it was going to be paid at the closing. I am annexing hereto as Exhibit "D" a copy of the statement of account which reflects the amount due and owing to plaintiff, and which has been the amount due and owing all along. For defendant to claim the balance was reduced to $7,124.24 is incorrect. The emails between the plaintiff and defendant Heyman clearly demonstrate obligations in excess of $200,000.00, and never make mention of any credits due. Plaintiff was induced to continue to provide services based on Heyman's statements that this debt would be paid at closing. Mr. Larry Heyman represented that he would be employed by the purchaser after the transaction.

12. In sum, based on the foregoing, the Court should deny defendant's motion to dismiss or in the alternative plaintiff should be permitted to file an Amended Complaint to assert additional counts in its Complaint pertaining to successor liability, issues pertaining to the assumption of the indebtedness, and that the Asset Purchase Agreement may have been undertaken to defraud plaintiff, and that the sale is in fact a mere continuation of a business/de facto merger.

SWORN AND SUBSCRIBED TO
before me this 20th Day of
September, 2007

Robert Sui Yuen Lynn
Notary Public,
Hong Kong SAR,
16th-19th Floors
Prince's Building,
Central, Hong Kong.



on deaf ears after April, 2006. Wear Me Apparel failed to produce or provide a copy of the Asset Purchase Agreement to the plaintiff or plaintiff's counsel prior to this litigation.

10. Defendant Wear Me Apparel claims that the Asset Purchase Agreement is the controlling document, and the liability should be limited by the Asset Purchase Agreement itself. First and foremost it is clear that not only did Larry Heyman know of this outstanding debt, but if any due diligence was conducted by Wear Me Apparel, it would have known about this obligation. What is most curious and surprising is that the liability between plaintiff and defendant was listed as an exhibit, (which plaintiff's obligation was in fact assumed by Wear Me Apparel and significantly has never been paid and remains outstanding),[1] and was to be paid, but for some reason unknown to plaintiff, and without justification, was reduced from the suit amount of $257,947.63 to $7,124.24. There is no plausible explanation for this reduction, and clearly any reduction from the amount due is a phantom reduction. Prior to this litigation, the amount due from Heyman was never disputed.

11. More importantly payment by defendant Wear Me Apparel has never been made. As such, Wear Me Apparel has assumed the obligation of the plaintiff and on this basis alone this case should not be dismissed. Defendant now files a motion claiming their liability should be limited by the Asset Purchase Agreement, and this Court should dismiss this litigation. First and foremost, as stated herein, these monies were never tendered, and secondly, discovery should be conducted to see how and why this amount was reduced to $7,124.24 when the emails and statement of account clearly demonstrates the liability of the defendant, with no credits due. Plaintiff was not a party to that agreement. It now appears the parties may be attempting to avoid payment and defraud plaintiff of its rightful payment through the Asset Purchase Agreement. Plaintiff was

---

[1]While the amount to be paid is incorrect and plaintiff disputes the amount assumed, there was an amount which was in fact assumed by Wear Me Apparel.

This is the Exhibit marked Exhibit "A" referred to in the Affidavit of Dora Tong dated 20th September 2007.

Yuen Lynn

# EXHIBIT "A"

...: CA Settlement

Hi Sam,

> Sorry that we haven't been able to wire the $827,000 to settle OA
> orders.
> We thought that this would be no problem, but unfortunately Target has
> moved a large order from January into February and this has affected
> our ability to borrow and fund the OA balance. We only learned of
> this 10 days ago and have been fighting to move the order back to this
> month. It now appears that it will stay in February.
>
> This means we must ask you to carry our credit a few days into
> February, hopefully not more than a week, when we will once again be
> able to borrow.
> I know this may be a lot to ask on short notice, but we have already
> wired you over $3,000,000 in December and January and we are only
> asking you to carry us for a couple of weeks.
>
> Remember at the beginning I told you that our cash shortage would
> probably continue into the last of Jan or the middle of Feb. This is
> still true, we are almost thru it except for the next couple of weeks,
> so we have no choice or options but to ask you to come thru for us and
> continue shipping.
>
> I have found alternate financing that will begin very soon so we won't
> have this problem again,so if you are holding up anyone in the supply
> chain,and others are waiting for payment ,i can give you my good word
> that we will clean up payments owed.
>
> Thanks for all of your help.......... as soon as these next 2 weeks or
> so passes by,we'll be out of the problem.
>
> best regards,and tell Dora I'm sorry to make her nervous about the
> money !!
>
> Larry
>
>
>
>
>

..................................................................
> .....
> ..............................................
> This e-mail and any attachments (the "e-mail") may contain
> confidential information.
> If you are not the intended recipient, please notify the sender
> immediately by return e-mail, delete this e-mail and destroy any
> copies. Any dissemination or use of this information by a person other
> than the intended recipient is unauthorized and may be illegal. The
> internet can not guarantee the integrity of this message. SAMMART
> FASHION CO. LTD (and its subsidiaries) shall
> (will)
> not
> therefore be liable for the message if modified.
>

This is the Exhibit marked Exhibit "B" referred to in the Affidavit of Dora Tong dated 20th September 2007.

[illegible] Sui Yuen, Lynn
Notary Public
[illegible]

# EXHIBIT "B"

...zberg- MITNICK MALZBERG, P.C.

Dora [dora@lepetitpois.com]
Thursday, March 29, 2007 5:28 AM
Mitchell Malzberg- MITNICK & MALZBERG, P.C.
...bject: FW: Re: OEM-145587 Late Payment

FYI

-----Original Message-----
From: "Larry Heyman" <lheyman@heymancorp.com>
To: <sam.tong@sammart.com.hk>
Cc: "John Kuhn" <John@heymancorp.com>
Date: Tue, 21 Feb 2006 07:59:59 -0600
Subject: Re: OEM-145587 Late Payment

sam,

i believe i will reach the closing of the sale of HC sometime next week.....the shedule is 95% for sure.

the sale will be to KIds Headquarters,and at this moment,i can make no commitments w/o their agreement.

their controller is with john and i today and we will discuss the sammart payments with them,and advise you how and when the balance will be paid.

this will almost surely be done by them after the closing occurs,but we will advise you of when to expect this to happen.

you're request for interest is certainly a fair one,but it will not be up to me.

the Heyman division of KH will be mostly the sales,design,prod dev,and a few other functions only,by around 5/31,after a transition,and i will be executive vp of the div,and carolyn ,ann,janet,and those teams will still be in place.

it is probable that the ongoing division will move to a new location by 5/31.

i will not make an annoncement to all at HC until early next week,so please do not communicate with HC employees yet.

at some point you and i can talk on the phone or we'll visit in person,but until then,my great thanks for your financial support during the past few months,and for the tremendous partnerhip over the years.

lastly,the fall and holiday Target hanging layette have been taken over thru the KH operations,as the margins were not acceptable for them and were too impactful to the ongoing HC div's last half of 2006.,so your team should discontinue work on that.

best regards to you,dora,and mac,

larry

>>> "Sam Tong" <sam.tong@sammart.com.hk> 02/21/06 4:46 AM >>>
Hi Larry,

Re: Late Payment

As you understand that I have used my bank facility to pay the vendors for the shipments made to Heyman in December/January. I am paying interest to the bank which I will issue the debit note to Heyman for reimbursement.
Please kindly advise Michelle of this. Thanks.

Best regards,

B

This is the Exhibit marked
Exhibit "C" referred to in
the Affidavit of Dora Tong
dated 20th September 2007.



# EXHIBIT "C"

MITNICK & MALZBERG, P.C.

Dora [dora@lepetitpois.com]
Thursday, March 29, 2007 5:20 AM
Mitchell Malzberg- MITNICK & MALZBERG, P.C.
Subject: FW: OA Statement for Heyman as at Feb 3, 06

FYI

-----Original Message-----
From: Dora Tong
Sent: Thursday, March 29, 2007 5:16 PM
To: Dora
Subject: FW: OA Statement for Heyman as at Feb 3, 06

-----Original Message-----
From: Michelle Lopez [mailto:Michelles@heymancorp.com]
Sent: Thursday, March 09, 2006 2:33 AM
To: Venus Yip
Cc: Amy Chim; Dora Tong; Sam Tong
Subject: RE: OA Statement for Heyman as at Feb 3, 06

Dear Venus,

I am working with John and Larry on when this payment is to be made. I should have an answer for you shortly. Again, I apologize for the delay.

Best Regards,

Michelle Lopez
Manager of Corporate Accounting
Heyman Corporation
375 North Fairway Drive
Vernon Hills, IL 60061
Email: michelles@heymancorp.com
Phone: (847) 573-6437
Fax: (847) 247-8900

>>> "Venus Yip" <venus.yip@sammart.com.hk> 3/7/2006 8:28:25 PM >>>
Dear Michelle,

Any good news to us? Please let us know when can we receive the outstanding balance USD220,506.37?

Thanks and best regards,
Venus Yip

Sammart Fashion Co., Ltd.
Tel : 852-2418-1881
Fax : 852-2418-1000

-----Original Message-----
From: Venus Yip [mailto:venus.yip@sammart.com.hk]
Sent: Friday, March 03, 2006 11:03 AM
To: Michelle Lopez
Cc: amy.chim@sammart.com.hk; dora.tong@sammart.com.hk; sam.tong@sammart.com.hk
Subject: RE: OA Statement for Heyman as at Feb 3, 06

C

This is the Exhibit marked Exhibit "D" referred to in the Affidavit of Dora Tong dated 20th September 2007.

# EXHIBIT "D"

[illegible]ON CO LTD

[illegible]ALYSIS

| [illegible] No. | Type | SM | WMA | Variance |
|---|---|---|---|---|
| [illegible] | CR | | (48.00) | 48.00 |
| [illegible] | CR | | (58.20) | 58.20 |
| [illegible] | IN | 300.00 | (300.00) | 600.00 |
| [illegible] | CR | (295.70) | | (295.70) |
| [illegible]10 | CR | (1,453.84) | | (1,453.84) |
| [illegible]10158 | DB | | 603.95 | (603.95) |
| [illegible]409022 | DB | 13,882.60 | | 13,882.60 |
| [illegible]410062 | DB | | 2,040.00 | (2,040.00) |
| DN200412207 | DB | 120.70 | | 120.70 |
| DN200412236 | DB | 24.97 | | 24.97 |
| DN[illegible]09024 | DB | | 37.29 | (37.29) |
| DN[illegible]08010 | DB | 113.77 | | 113.77 |
| DN[illegible]08063 | DB | 181.35 | | 181.35 |
| DN[illegible]09024 | DB | 37.29 | | 37.29 |
| DN200510166 | DB | 603.95 | | 603.95 |
| DN2005120101 | DB | 281.00 | | 281.00 |
| DN200512097 | DB | 213.92 | | 213.92 |
| DN200512101 | DB | | 281.00 | (281.00) |
| DN200512114 | DB | 301.00 | | 301.00 |
| DN200512115 | DB | 382.40 | | 382.40 |
| DN200512117 | DB | 1,041.00 | | 1,041.00 |
| DN200512118 | DB | 568.00 | | 568.00 |
| DN[illegible]02015 | DB | 59.25 | | 59.25 |
| DN[illegible]03076 | DB | 146.60 | | 146.60 |
| DN[illegible] | DB | 3,990.00 | | 3,990.00 |
| DN[illegible] | DB | 68.37 | | 68.37 |
| DN[illegible]05006 | DN | 5,394.49 | | 5,394.49 |
| DN[illegible]05033 | DB | 64.35 | | 64.35 |
| DN[illegible]05034 | DB | 7.96 | | 7.96 |
| DN[illegible]05035 | DB | 4.96 | | 4.96 |
| DN[illegible]05036 | DB | 34.80 | | 34.80 |
| DN[illegible]05037 | DB | 47.19 | | 47.19 |
| DN[illegible]05038 | DB | 46.30 | | 46.30 |
| DN[illegible]05039 | DB | 12.00 | | 12.00 |
| DN[illegible]05040 | DB | 55.65 | | 55.65 |
| DN[illegible]05041 | DB | 48.00 | | 48.00 |
| DN[illegible]06026 | DB | 60.00 | | 60.00 |
| DN[illegible]06027 | DB | 468.18 | | 468.18 |
| DN[illegible] | DB | 157.50 | | 157.50 |
| DN[illegible]07016 | DN | 3,614.41 | | 3,614.41 |
| DN[illegible]07038 | DB | 95.00 | | 95.00 |
| DN[illegible]11001 | DN | 6,311.57 | | 6,311.57 |
| DN[illegible]11002 | DB | 459.57 | | 459.57 |
| DN[illegible]11051 | DB | 94.50 | | 94.50 |
| DN200611052 | DN | 1,768.70 | | 1,768.70 |
| DN[illegible]12053 | DB | 98.38 | | 98.38 |
| DN200612054 | DN | 1,541.37 | | 1,541.37 |
| DN200701071 | DB | 89.14 | | 89.14 |
| DN200701072 | DN | 1,855.64 | | 1,855.64 |
| DN[illegible]02043 | DB | 90.24 | | 90.24 |
| DN[illegible]02044 | DN | 1,659.05 | | 1,659.05 |
| DN[illegible]03028 | DB | 100.61 | | 100.61 |
| DN[illegible]03029 | DN | 1,683.11 | | 1,683.11 |
| DN[illegible] | DB | | 181.35 | (181.35) |
| DN[illegible]02016 | DB | | 59.25 | (59.25) |
| Grayson | (blank) | | 13,882.60 | (13,882.60) |
| Matching up w/state | (blank) | | (146.68) | 146.68 |
| SM-SI-06010031 | IN | 77,898.02 | | 77,898.02 |
| | PY | (72,948.49) | | (72,948.49) |
| SM-SI-06010035 | IN | 84,098.00 | | 84,098.00 |
| SM-SI-06010036 | IN | 43,837.20 | | 43,837.20 |
| SM-SI-06010037 | IN | 42,086.40 | | 42,086.40 |
| SM-SI-06010062 | IN | 7,850.00 | | 7,850.00 |
| SM-SI-06010063 | IN | 8,984.00 | | 8,984.00 |
| SM-SI-06010064 | IN | 28,823.24 | | 28,823.24 |
| SN200412207 | (blank) | | 120.70 | (120.70) |
| Grand Total | | 287,180.69 | 16,357.26 | 280,823.43 |



20-SEP-2007 17:01 FROM SAMMORT FASHION CO LTD TO [illegible] P.14

... LTD

| | Type | SM | WALA | Variance |
|---|---|---|---|---|
| [illegible] | CN | (1,531.76) | (1,531.76) | 0.00 |
| [illegible] | CN | (347.87) | (347.87) | 0.00 |
| [illegible] | CN | (4,481.74) | (4,481.74) | 0.00 |
| [illegible] | CN | (2,343.06) | (2,343.06) | 0.00 |
| [illegible] | CN | (4,083.44) | (4,083.44) | 0.00 |
| [illegible] | CN | (1,787.80) | (1,787.80) | 0.00 |
| [illegible] | CN | [illegible] | [illegible] | 0.00 |
| [illegible] | CN | (150.20) | (150.20) | 0.00 |
| [illegible] | CN | (300.00) | (300.00) | 0.00 |
| [illegible] | CN | (13.44) | (13.44) | 0.00 |
| [illegible] | CN | (166.00) | (166.00) | 0.00 |
| [illegible] | CN | (1,071.45) | (1,071.45) | 0.00 |
| [illegible] | CN | | (48.00) | 48.00 |
| [illegible] | CN | (48,040.78) | (48,040.78) | 0.00 |
| [illegible] | CN | (4,330.38) | (4,330.38) | 0.00 |
| [illegible] | CN | (18,062.81) | (18,062.81) | 0.00 |
| [illegible] | CN | | (68.28) | 68.28 |
| [illegible] | CN | (1,428.00) | (1,428.00) | 0.00 |
| [illegible] | CN | ########## | ########## | 0.00 |
| [illegible] | CN | (460.78) | (460.78) | 0.00 |
| [illegible] | CN | 300.00 | (300.00) | 600.00 |
| [illegible] | CN | (188.70) | | (188.70) |
| [illegible] | CN | (1,483.84) | | (1,483.84) |
| [illegible] | DB | | 603.65 | (603.65) |
| [illegible] | DB | 13,582.50 | | 13,582.50 |
| [illegible] | DB | | 2,040.00 | (2,040.00) |
| [illegible] | DB | 12.87 | 12.87 | 0.00 |
| [illegible] | DB | 12.87 | 12.87 | 0.00 |
| [illegible] | DB | 48.08 | 48.08 | 0.00 |
| [illegible] | DB | 120.70 | | 120.70 |
| [illegible] | DB | 24.97 | | 24.97 |
| [illegible] | DB | 2,835.00 | 2,835.00 | 0.00 |
| [illegible] | DB | 190.48 | 190.48 | 0.00 |
| [illegible] | DB | | 37.38 | (37.38) |
| [illegible] | DB | 12.85 | 12.85 | 0.00 |
| [illegible] | DB | 37.15 | 37.15 | 0.00 |
| [illegible] | DB | 51.10 | 51.10 | 0.00 |
| [illegible] | DB | 70.50 | 70.50 | 0.00 |
| [illegible] | DB | 18.50 | 18.50 | 0.00 |
| [illegible] | DB | 824.40 | 824.40 | 0.00 |
| [illegible] | DB | 60.50 | 60.50 | 0.00 |
| [illegible] | DB | 587.23 | 587.23 | 0.00 |
| [illegible] | DB | 2,015.48 | 2,015.48 | 0.00 |
| [illegible] | DB | 174.85 | 174.85 | 0.00 |
| [illegible] | DB | 4,337.70 | 4,337.70 | 0.00 |
| [illegible] | DB | 2,413.10 | 2,413.10 | 0.00 |
| [illegible] | DB | 201.43 | 201.43 | 0.00 |
| [illegible] | DB | 183.44 | 183.44 | 0.00 |
| [illegible] | DB | 113.77 | | 113.77 |
| [illegible] | DB | 340.00 | 340.00 | 0.00 |
| [illegible] | DB | 74.81 | 74.81 | 0.00 |
| [illegible] | DB | 284.40 | 284.40 | 0.00 |
| [illegible] | DB | 129.37 | 129.37 | 0.00 |
| [illegible] | DB | 64.84 | 64.84 | 0.00 |
| [illegible] | DB | 158.40 | 158.40 | 0.00 |
| [illegible] | DB | 1,722.60 | 1,722.60 | 0.00 |
| [illegible] | DB | 400.00 | 400.00 | 0.00 |
| [illegible] | DB | 28,748.64 | 28,748.64 | 0.00 |
| [illegible] | DB | 1,324.36 | 1,324.36 | 0.00 |
| [illegible] | DB | 1,344.34 | 1,344.34 | 0.00 |
| [illegible] | DB | 876.71 | 876.71 | 0.00 |
| [illegible] | DB | 36.88 | 36.88 | 0.00 |
| [illegible] | DB | 80.88 | 80.88 | 0.00 |
| [illegible] | DB | 181.35 | | 181.35 |
| [illegible] | DB | 315.20 | 315.20 | 0.00 |
| [illegible] | DB | 44.51 | 44.51 | 0.00 |
| [illegible] | DB | 377.88 | 377.88 | 0.00 |
| [illegible] | DB | 44.82 | 44.82 | 0.00 |
| [illegible] | DB | 51.53 | 51.53 | 0.00 |
| [illegible] | DB | 235.78 | 235.78 | 0.00 |
| [illegible] | DB | 245.70 | 245.70 | 0.00 |
| [illegible] | DB | 160.88 | 160.88 | 0.00 |
| [illegible] | DB | 188.00 | 188.00 | 0.00 |
| [illegible] | DB | 150.38 | 150.38 | 0.00 |
| [illegible] | DB | 37.39 | | 37.39 |
| [illegible] | DB | 30.47 | 30.47 | 0.00 |
| [illegible] | DB | 77.70 | 77.70 | 0.00 |
| [illegible] | DB | 32.74 | 32.74 | 0.00 |
| [illegible] | DB | 388.20 | 388.20 | 0.00 |
| [illegible]509043 | DB | 40.13 | 40.13 | 0.00 |
| [illegible]509044 | DB | 24.49 | 24.49 | 0.00 |
| [illegible]509045 | DB | 66.22 | 66.22 | 0.00 |
| [illegible]509046 | DB | 48.60 | 48.60 | 0.00 |
| [illegible]509047 | DB | 20,925.00 | 20,925.00 | 0.00 |
| [illegible] | DB | 72.78 | 72.78 | 0.00 |

[illegible] CO LTD
[illegible]YSIS

| [illegible] | Type | RM | WMA | Variance |
|---|---|---|---|---|
| [illegible] | IDB | 78.30 | 78.30 | 0.00 |
| [illegible] | IDB | [illegible] | 134.32 | 0.00 |
| [illegible] | IDB | 38.80 | 38.80 | 0.00 |
| [illegible] | IDB | 48.44 | 48.44 | 0.00 |
| [illegible] | IDB | 39.00 | 39.00 | 0.00 |
| [illegible] | IDB | 31.82 | 31.82 | 0.00 |
| [illegible] | IDB | 30.48 | 30.48 | 0.00 |
| [illegible] | IDB | 81.00 | 81.00 | 0.00 |
| [illegible] | IDB | 32.81 | 32.81 | 0.00 |
| [illegible] | IDB | 124.02 | 124.02 | 0.00 |
| [illegible] | IDB | 23.16 | 23.16 | 0.00 |
| [illegible] | IDB | 41.38 | 41.38 | 0.00 |
| [illegible] | IDB | 56.50 | 56.50 | 0.00 |
| [illegible] | IDB | 64.80 | 64.80 | 0.00 |
| [illegible] | IDB | 38.40 | 38.40 | 0.00 |
| [illegible] | IDB | 203.81 | 203.81 | 0.00 |
| [illegible] | IDB | 32.82 | 32.82 | 0.00 |
| [illegible] | IDB | 62.20 | 61.50 | 0.00 |
| [illegible] | IDB | 231.73 | 231.73 | 0.00 |
| [illegible] | IDB | 341.00 | 341.00 | 0.00 |
| [illegible] | IDB | 14.40 | 14.40 | 0.00 |
| [illegible] | IDB | 218.77 | 218.77 | 0.00 |
| [illegible] | IDB | 147.40 | 147.40 | 0.00 |
| [illegible] | IDB | 10.38 | 10.38 | 0.00 |
| [illegible] | IDB | 18.44 | 18.44 | 0.00 |
| [illegible] | IDB | 84.48 | 84.48 | 0.00 |
| [illegible] | IDB | 288.80 | 288.80 | 0.00 |
| [illegible] | IDB | 817.32 | 817.32 | 0.00 |
| [illegible] | IDB | 60.80 | 60.80 | 0.00 |
| [illegible] | IDB | 70.50 | 70.50 | 0.00 |
| [illegible] | IDB | 89.28 | 89.28 | 0.00 |
| [illegible] | IDB | 68.20 | 68.00 | 0.00 |
| [illegible] | IDB | 44.48 | 44.48 | 0.00 |
| [illegible] | IDB | 37.30 | 37.30 | 0.00 |
| [illegible] | IDB | 77.88 | 77.88 | 0.00 |
| [illegible] | IDB | 94.85 | 94.85 | 0.00 |
| [illegible] | IDB | 80.12 | 80.12 | 0.00 |
| [illegible] | IDB | 340.78 | 340.78 | 0.00 |
| [illegible] | IDB | 114.82 | 114.82 | 0.00 |
| [illegible] | IDB | 170.80 | 170.80 | 0.00 |
| [illegible] | IDB | 382.00 | 382.00 | 0.00 |
| [illegible] | IDB | 211.50 | 211.50 | 0.00 |
| [illegible] | IDB | 303.30 | 303.30 | 0.00 |
| [illegible] | IDB | 164.48 | 164.48 | 0.00 |
| [illegible] | IDB | 67.60 | 68.80 | 0.00 |
| [illegible] | IDB | 139.30 | 139.30 | 0.00 |
| [illegible] | IDB | 10.80 | 10.80 | 0.00 |
| [illegible] | IDB | 82.17 | 82.17 | 0.00 |
| [illegible] | IDB | 88.85 | 88.85 | 0.00 |
| [illegible] | IDB | 84.18 | 84.18 | 0.00 |
| [illegible] | IDB | 53.13 | 53.13 | 0.00 |
| [illegible] | IDB | 11.81 | 11.81 | 0.00 |
| [illegible] | IDB | 10.06 | 10.06 | 0.00 |
| [illegible] | IDB | 108.64 | 108.64 | 0.00 |
| [illegible] | IDB | 118.40 | 118.40 | 0.00 |
| [illegible] | IDB | 117.00 | 117.00 | 0.00 |
| [illegible] | IDB | 185.38 | 185.38 | 0.00 |
| [illegible] | IDB | 270.80 | 270.80 | 0.00 |
| [illegible] | IDB | 101.10 | 101.10 | 0.00 |
| [illegible] | IDB | 241.80 | 241.80 | 0.00 |
| [illegible] | IDB | 131.10 | 131.10 | 0.00 |
| [illegible] | IDB | 342.00 | 342.00 | 0.00 |
| [illegible] | IDB | 114.83 | 114.83 | 0.00 |
| [illegible] | IDB | 244.47 | 244.47 | 0.00 |
| [illegible] | IDB | 224.83 | 224.83 | 0.00 |
| [illegible] | IDB | 106.37 | 106.37 | 0.00 |
| [illegible] | IDB | 283.28 | 283.28 | 0.00 |
| [illegible] | IDB | 931.80 | 931.80 | 0.00 |
| [illegible] | IDB | 168.05 | 168.05 | 0.00 |
| [illegible] | IDB | 49.40 | 49.40 | 0.00 |
| [illegible] | IDB | 43.51 | 43.51 | 0.00 |
| [illegible] | IDB | 83.08 | 83.08 | 0.00 |
| DN200510067 | IDB | 272.02 | 272.02 | 0.00 |
| DN200510068 | IDB | 240.80 | 240.80 | 0.00 |
| DN200510069 | IDB | 308.00 | 308.00 | 0.00 |
| DN200510070 | IDB | 701.44 | 701.44 | 0.00 |
| DN200510071 | IDB | 126.18 | 126.18 | 0.00 |
| DN200510072 | IDB | 83.80 | 83.80 | 0.00 |
| DN200510073 | IDB | 883.86 | 883.86 | 0.00 |
| DN200510074 | IDB | 164.80 | 164.80 | 0.00 |
| DN200510075 | IDB | 893.74 | 893.74 | 0.00 |
| DN200510076 | IDB | 450.77 | 450.77 | 0.00 |
| DN200510077 | IDB | 352.38 | 352.38 | 0.00 |
| DN200510078 | IDB | 48.50 | 48.50 | 0.00 |
| DN200510079 | IDB | [illegible] | 183.44 | 0.00 |

[illegible] CO LTD
[illegible]LYSIS

| No. | Type | SM | WMA | Variance |
|---|---|---|---|---|
| [illegible]10080 | DB | 53.30 | 53.30 | 0.00 |
| [illegible]10081 | DB | 87.88 | 87.88 | 0.00 |
| [illegible]10082 | DB | 134.85 | 134.85 | 0.00 |
| [illegible]10083 | DB | 8.88 | 8.88 | 0.00 |
| [illegible]10084 | DB | 658.88 | 658.88 | 0.00 |
| [illegible]10085 | DB | 713.57 | 713.57 | 0.00 |
| [illegible]10086 | DB | 8,246.00 | 8,246.00 | 0.00 |
| [illegible]10088 | DB | 2,707.30 | 2,707.30 | 0.00 |
| [illegible]10110 | DB | 170.78 | 170.78 | 0.00 |
| [illegible]10111 | DB | 288.79 | 288.79 | 0.00 |
| [illegible]10112 | DB | 226.04 | 226.04 | 0.00 |
| [illegible]10113 | DB | 270.32 | 270.32 | 0.00 |
| [illegible]10114 | DB | 814.18 | 814.18 | 0.00 |
| [illegible]10115 | DB | 451.78 | 451.78 | 0.00 |
| [illegible]10116 | DB | 43.88 | 43.88 | 0.00 |
| [illegible]10117 | DB | 101.38 | 101.38 | 0.00 |
| [illegible]10118 | DB | 44.49 | 44.49 | 0.00 |
| [illegible]10119 | DB | 88.04 | 88.04 | 0.00 |
| [illegible]10120 | DB | 11.88 | 11.88 | 0.00 |
| [illegible]10121 | DB | 43.19 | 43.19 | 0.00 |
| [illegible]10122 | DB | 8.60 | 8.60 | 0.00 |
| [illegible]10123 | DB | 28.80 | 28.80 | 0.00 |
| [illegible] | DB | 178.30 | 178.30 | 0.00 |
| [illegible] | DB | 64.08 | 64.08 | 0.00 |
| [illegible] | DB | 64.88 | 64.88 | 0.00 |
| [illegible] | DB | 104.40 | 104.40 | 0.00 |
| [illegible] | DB | 38.80 | 38.80 | 0.00 |
| [illegible] | DB | 181.78 | 181.78 | 0.00 |
| [illegible] | DB | 410.08 | 410.08 | 0.00 |
| [illegible] | DB | 718.40 | 718.40 | 0.00 |
| [illegible] | DB | 660.35 | 660.35 | 0.00 |
| [illegible] | DB | 673.40 | 673.40 | 0.00 |
| [illegible] | DB | 102.72 | 102.72 | 0.00 |
| [illegible] | DB | 461.70 | 461.70 | 0.00 |
| [illegible]10140 | DB | 41.88 | 41.88 | 0.00 |
| [illegible]10141 | DB | 690.85 | 690.85 | 0.00 |
| [illegible] | DB | 408.70 | 408.70 | 0.00 |
| [illegible] | DB | 48.30 | 48.30 | 0.00 |
| [illegible] | DB | 63.19 | 63.19 | 0.00 |
| [illegible] | DB | 61.00 | 61.00 | 0.00 |
| [illegible] | DB | 643.20 | 643.20 | 0.00 |
| [illegible] | DB | 60.00 | 60.65 | 0.00 |
| [illegible] | DB | 603.88 | | 603.88 |
| [illegible] | DB | 318.25 | 318.00 | 0.00 |
| [illegible] | DB | 704.80 | 704.80 | 0.00 |
| [illegible] | DB | 3.60 | 3.60 | 0.00 |
| [illegible] | DB | 202.38 | 202.38 | 0.00 |
| [illegible] | DB | 632.38 | 632.38 | 0.00 |
| [illegible] | DB | 247.32 | 247.32 | 0.00 |
| [illegible] | DB | 812.10 | 812.10 | 0.00 |
| [illegible] | DB | 87.48 | 87.48 | 0.00 |
| [illegible] | DB | 282.50 | 282.50 | 0.00 |
| [illegible] | DB | 548.28 | 548.28 | 0.00 |
| [illegible] | DB | 681.38 | 681.38 | 0.00 |
| [illegible] | DB | 328.10 | 328.10 | 0.00 |
| [illegible] | DB | 308.62 | 308.62 | 0.00 |
| [illegible] | DB | 95.70 | 95.70 | 0.00 |
| [illegible] | DB | 132.20 | 132.20 | 0.00 |
| [illegible] | DB | 358.64 | 358.64 | 0.00 |
| [illegible]11002 | DB | 61.80 | 61.80 | 0.00 |
| [illegible]11004 | DB | 44.64 | 44.64 | 0.00 |
| [illegible]11005 | DB | 149.40 | 149.40 | 0.00 |
| [illegible]11006 | DB | 24.00 | 24.00 | 0.00 |
| [illegible]11007 | DB | 37.60 | 37.60 | 0.00 |
| DN20051 11008 | DB | 42.00 | 42.00 | 0.00 |
| DN20051 11009 | DB | 275.80 | 275.80 | 0.00 |
| DN20051 11010 | DB | 61.30 | 61.30 | 0.00 |
| DN20051 11011 | DB | 16.20 | 16.20 | 0.00 |
| DN20051 11012 | DB | 75.30 | 75.30 | 0.00 |
| DN20051 11013 | DB | 87.40 | 87.40 | 0.00 |
| DN20051 11014 | DB | 43.38 | 43.38 | 0.00 |
| DN20051 11016 | DB | 16.60 | 16.60 | 0.00 |
| DN20051 11017 | DB | 65.40 | 65.40 | 0.00 |
| DN20051 11018 | DB | 80.60 | 80.60 | 0.00 |
| DN20051 11019 | DB | 60.30 | 60.30 | 0.00 |
| DN20051 11020 | DB | 374.60 | 374.60 | 0.00 |
| DN20051 11021 | DB | 1,882.86 | 1,882.86 | 0.00 |
| DN20051 11022 | DB | 3,648.00 | 3,648.00 | 0.00 |
| DN20051 11026 | DB | 169.80 | 169.80 | 0.00 |
| DN20051 11027 | DB | 388.08 | 388.08 | 0.00 |
| DN20051 11028 | DB | 46.42 | 46.42 | 0.00 |
| DN20051 11029 | DB | 42.30 | 42.30 | 0.00 |
| DN20051 11030 | DB | 64.02 | 64.02 | 0.00 |
| DN20051 11031 | DB | 48.88 | 48.88 | 0.00 |
| [illegible] | DB | 276.30 | 276.30 | 0.00 |

...N CO LTD
...VBIS

| No. | Type | EM | WMA | Variance |
|---|---|---|---|---|
| [illegible]11053 | DB | 382.80 | 382.80 | 0.00 |
| [illegible]11054 | DB | 88.40 | 88.40 | 0.00 |
| [illegible]11055 | DB | 384.00 | 384.00 | 0.00 |
| [illegible]11058 | DB | 148.80 | 148.80 | 0.00 |
| [illegible]11063 | DB | 147.40 | 147.40 | 0.00 |
| [illegible]11064 | DB | 848.40 | 848.40 | 0.00 |
| [illegible]11065 | DB | 147.24 | 147.24 | 0.00 |
| [illegible]11066 | DB | 33.30 | 33.30 | 0.00 |
| [illegible]11067 | DB | 34.68 | 34.68 | 0.00 |
| [illegible]11068 | DB | 102.42 | 102.42 | 0.00 |
| [illegible]11069 | DB | 234.43 | 234.43 | 0.00 |
| [illegible] | DB | 64.80 | 64.80 | 0.00 |
| [illegible]11077 | DB | 84.80 | 84.80 | 0.00 |
| [illegible] | DB | 483.10 | 483.10 | 0.00 |
| [illegible] | DB | 387.40 | 387.40 | 0.00 |
| [illegible]11080 | DB | 63.35 | 63.35 | 0.00 |
| [illegible] | DB | 124.30 | 124.30 | 0.00 |
| [illegible] | DB | 337.88 | 337.88 | 0.00 |
| [illegible] | DB | 126.60 | 126.60 | 0.00 |
| [illegible] | DB | 88.30 | 88.30 | 0.00 |
| [illegible]12002 | DB | 883.60 | 883.60 | 0.00 |
| [illegible]12003 | DB | 20.00 | 20.00 | 0.00 |
| [illegible]12004 | DB | 312.35 | 312.35 | 0.00 |
| [illegible]12005 | DB | 180.35 | 180.35 | 0.00 |
| [illegible]12006 | DB | 216.10 | 216.10 | 0.00 |
| [illegible]12007 | DB | 68.30 | 68.30 | 0.00 |
| [illegible]12008 | DB | 310.45 | 310.45 | 0.00 |
| [illegible]12009 | DB | 87.03 | 87.03 | 0.00 |
| [illegible]120101 | DB | 281.00 | | 281.00 |
| [illegible]12011 | DB | 136.69 | 136.69 | 0.00 |
| [illegible]12019 | DB | 46.70 | 46.70 | 0.00 |
| [illegible] | DB | 82,813.88 | 82,813.88 | 0.00 |
| [illegible] | DB | 19,830.60 | 19,830.60 | 0.00 |
| [illegible]12017 | DB | 88.73 | 88.73 | 0.00 |
| [illegible] | DB | 18.81 | 18.81 | 0.00 |
| [illegible] | DB | 213.03 | | 213.03 |
| [illegible]12101 | DB | | 281.00 | (281.00) |
| [illegible]12114 | DB | 301.00 | | 301.00 |
| [illegible]12115 | DB | 382.40 | | 382.40 |
| [illegible]12117 | DB | 1,041.00 | | 1,041.00 |
| [illegible]12118 | DB | 588.00 | | 588.00 |
| [illegible]12119 | DB | 84.80 | 84.80 | 0.00 |
| [illegible]12120 | DB | 72.00 | 72.00 | 0.00 |
| [illegible]12121 | DB | 89.45 | 89.45 | 0.00 |
| [illegible]12122 | DB | 29.18 | 29.18 | 0.00 |
| [illegible]12123 | DB | 228.75 | 228.75 | 0.00 |
| [illegible]12124 | DB | 48.90 | 48.90 | 0.00 |
| [illegible]12125 | DB | 418.08 | 418.08 | 0.00 |
| [illegible]12126 | DB | 185.20 | 185.20 | 0.00 |
| [illegible]12127 | DB | 78.00 | 78.00 | 0.00 |
| [illegible]12128 | DB | 282.10 | 282.10 | 0.00 |
| [illegible]12129 | DB | 80.40 | 80.40 | 0.00 |
| [illegible]12130 | DB | 117.22 | 117.22 | 0.00 |
| [illegible]12133 | DB | 471.34 | 471.34 | 0.00 |
| [illegible]12134 | DB | 135.65 | 135.65 | 0.00 |
| [illegible]12135 | DB | 102.47 | 102.47 | 0.00 |
| [illegible]12136 | DB | 104.30 | 104.30 | 0.00 |
| [illegible]12137 | DB | 85.40 | 85.40 | 0.00 |
| [illegible]12138 | DB | 275.32 | 275.32 | 0.00 |
| [illegible]12139 | DB | 143.85 | 143.85 | 0.00 |
| [illegible]12140 | DB | 108.83 | 108.83 | 0.00 |
| [illegible]12141 | DB | 142.77 | 142.77 | 0.00 |
| [illegible]12142 | DB | 57.78 | 57.78 | 0.00 |
| [illegible] | DB | 88.34 | 88.34 | 0.00 |
| [illegible]12183 | DB | 164.55 | 164.55 | 0.00 |
| [illegible]12184 | DB | 88.40 | 88.40 | 0.00 |
| [illegible]12185 | DB | 348.40 | 348.40 | 0.00 |
| [illegible]12186 | DB | 812.37 | 812.37 | 0.00 |
| [illegible]12187 | DB | 28.81 | 28.81 | 0.00 |
| [illegible]12188 | DB | 72.00 | 72.00 | 0.00 |
| [illegible]12189 | DB | 650.31 | 650.31 | 0.00 |
| [illegible]12150 | DB | 480.00 | 480.00 | 0.00 |
| DN200801027 | DB | 185.00 | 185.00 | 0.00 |
| DN200801028 | DB | 87.20 | 87.20 | 0.00 |
| DN200801029 | DB | 88.87 | 88.87 | 0.00 |
| DN200801030 | DB | 757.64 | 757.64 | 0.00 |
| DN200801031 | DB | 120.75 | 120.75 | 0.00 |
| DN200801032 | DB | 177.46 | 177.46 | 0.00 |
| DN200801033 | DB | 390.14 | 390.14 | 0.00 |
| DN200801034 | DB | 146.01 | 146.01 | 0.00 |
| DN200801035 | DB | 462.77 | 462.77 | 0.00 |
| DN200801036 | DB | 446.88 | 446.88 | 0.00 |
| DN200801037 | DB | 234.45 | 234.45 | 0.00 |
| DN200801038 | DB | 406.80 | 406.80 | 0.00 |
| DN20080[illegible] | DB | 77.[illegible] | [illegible] | [illegible] |

...GN CO LTD
...ALYSIS

| ...n No. | Type | EM | WMA | Variance |
| --- | --- | --- | --- | --- |
| ...0001040 | DB | 412.40 | 412.40 | 0.00 |
| ...0001041 | DB | 588.02 | 588.02 | 0.00 |
| ...0001042 | DB | 231.00 | 231.00 | 0.00 |
| DN...01043 | DB | 31.86 | 31.86 | 0.00 |
| DN...01044 | DB | 370.88 | 370.88 | 0.00 |
| DN...01045 | DB | 39.15 | 39.15 | 0.00 |
| DN...01047 | DB | 4,035.00 | 4,035.00 | 0.00 |
| DN...01052 | DB | 2,450.93 | 2,450.93 | 0.00 |
| DN...014 | DB | 39.18 | 39.18 | 0.00 |
| DN...016 | DB | 69.35 | | 69.35 |
| DN[illegible] | DB | 18.37 | 18.37 | 0.00 |
| DN[illegible] | DB | 378.05 | 378.05 | 0.00 |
| DN[illegible] | DB | 848.35 | 848.35 | 0.00 |
| DN[illegible] | DB | 164.82 | 164.82 | 0.00 |
| DN[illegible] | DB | 189.35 | 189.35 | 0.00 |
| DN[illegible] | DB | 664.10 | 664.10 | 0.00 |
| DN[illegible] | DB | 288.30 | 288.30 | 0.00 |
| DN[illegible] | DB | 685.01 | 685.01 | 0.00 |
| DN[illegible] | DB | 300.78 | 300.78 | 0.00 |
| DN...014 | DB | 356.88 | 356.88 | 0.00 |
| DN...015 | DB | 438.00 | 438.00 | 0.00 |
| DN...016 | DB | 347.87 | 347.87 | 0.00 |
| DN...017 | DB | 188.70 | 188.70 | 0.00 |
| DN[illegible] | DB | 18.37 | 18.37 | 0.00 |
| DN[illegible] | DB | 354.88 | 354.88 | 0.00 |
| DN[illegible] | DB | 329.38 | 329.38 | 0.00 |
| DN[illegible] | DB | 775.61 | 775.61 | 0.00 |
| DN...054 | DB | 619.30 | 619.30 | 0.00 |
| DN[illegible] | DB | 148.80 | | 148.80 |
| DN[illegible] | DB | 3,990.00 | | 3,990.00 |
| DN[illegible] | DB | 69.37 | | 69.37 |
| DN[illegible] | DN | 6,394.43 | | 6,394.43 |
| DN[illegible] | DB | 64.35 | | 64.35 |
| DN[illegible] | DB | 7.98 | | 7.98 |
| DN[illegible] | DB | 4.95 | | 4.95 |
| DN[illegible] | DB | 34.80 | | 34.80 |
| DN[illegible] | DB | 47.10 | | 47.10 |
| DN[illegible] | DB | 45.30 | | 45.30 |
| DN[illegible] | DB | 12.00 | | 12.00 |
| DN[illegible] | DB | 86.85 | | 86.85 |
| DN[illegible] | DB | 48.00 | | 48.00 |
| DN[illegible] | DB | 50.00 | | 50.00 |
| DN...017 | DB | 488.18 | | 488.18 |
| DN[illegible] | DB | 187.80 | | 187.80 |
| DN...018 | DN | 3,814.41 | | 3,814.41 |
| DN[illegible] | DB | 88.00 | | 88.00 |
| DN...11001 | DN | 6,311.87 | | 6,311.87 |
| DN...11002 | DB | 489.57 | | 489.57 |
| DN...11061 | DB | 94.80 | | 94.80 |
| DN...11062 | DN | 1,768.70 | | 1,768.70 |
| DN...11063 | DB | 88.38 | | 88.38 |
| DN[illegible] | DN | 1,841.37 | | 1,841.37 |
| DN...01071 | DB | 89.14 | | 89.14 |
| DN...01072 | DN | 1,855.64 | | 1,855.64 |
| DN[illegible] | DB | 80.74 | | 80.74 |
| DN[illegible] | DN | 1,889.08 | | 1,889.08 |
| DN[illegible] | DB | 100.81 | | 100.81 |
| DN[illegible] | DN | 1,883.11 | | 1,883.11 |
| DN[illegible] | DB | | 181.38 | (181.38) |
| DN...015 | DB | | 59.38 | (59.38) |
| [illegible] | (Bank) | | 13,583.00 | (13,583.00) |
| Matching ... w/... | (Bank) | | (145.88) | 145.88 |
| EM-H-08010031 | IN | 77,898.02 | | 77,898.02 |
| | PY | (72,948.49) | | (72,948.49) |
| EM-H-08010033 | IN | 84,098.00 | | 84,098.00 |
| EM-H-08010036 | IN | 43,837.20 | | 43,837.20 |
| EM-H-08010037 | IN | 42,088.40 | | 42,088.40 |
| EM-H-08010082 | IN | 7,650.00 | | 7,650.00 |
| EM-H-08010083 | IN | 6,884.00 | | 6,884.00 |
| EM-H-08010084 | IN | 28,823.24 | | 28,823.24 |
| DN20041?507 | (Bank) | | 120.70 | (120.70) |
| Grand Total | | 287,947.63 | 7,124.20 | 280,823.43 |