ORIGINAL

UNITED STATES DISTRICT COURT
COUNTY OF 253157 Leslie Martin Shamis

INDEX NO: 07cv4035
FILED ON: May 23, 2007
DISTRICT: Southern/NY

Sammart Fashion Co. Ltd

Plaintiff(s)

vs

Wear Me Apparel Corp. D/B/A Kids Headquarters, et. ano.

Defendant(s)

STATE OF NEW YORK, COUNTY OF ALBANY, SS.:

**AFFIDAVIT OF SERVICE BY THE SECRETARY OF STATE**

Stephen L. Collen, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on June 4, 2007, at 12:00 pm, at the office of the Secretary of State of the State of New York in the City of Albany, New York, deponent served the annexed Summons in a Civil Action and Complaint, on

The Heyman Corporation s/h/a Heyman Corporation

Defendant in this action, by delivering to and leaving with Carol Vogt, Authorized Agent, in the Office of the Secretary of State of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State the statutory fee, if required. Service was made pursuant to Section 306 Business Corporation Law.

Service was completed by mailng notice of such service and one (1) true copy thereof by        Registered or 1st Class Mail and Certified Mail, #        , Return Receipt Requested on
to said defendant at:
Papers so served were properly endorsed with the index number and date of filing.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.
Description of the person served:  Approx. Age:  47 years    Approx. weight:  110 lbs.    Approx. Ht.:  5' 1"
Sex:  Female    Color of skin:  White    Color of hair:  Brown    Other:

Sworn to before me on    June 11, 2007

_/s/ Marcy O'Hare_
MARCY A. O'HARE
NOTARY PUBLIC, State of New York
No. 4865530, Qualified in Albany County
Term Expires July 14, 2010

_/s/ Stephen L. Collen_
Stephen L. Collen

Invoice•Work Order # 0704527

**AMENDED AFFIDAVIT**