ORIGINAL

JUN 2 2 2007

INDEX NO: 07cv4035
FILED ON: May 23, 2007
DISTRICT: Southern/NY

COUNTY OF

UNITED STATES DISTRICT COURT

*Sammart Fashion Co. LTD*

Plaintiff(s)

vs

*Wear Me Apparel Corp. D/B/A Kids Headquarters, et. ano.*

Defendant(s)

STATE OF NEW YORK, COUNTY OF ALBANY, SS.:

## AFFIDAVIT OF SERVICE BY THE SECRETARY OF STATE

Stephen L. Collen, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on June 13, 2007, at 2:00 pm, at the office of the Secretary of State of the State of New York in the City of Albany, New York, deponent served the annexed Summons in a Civil Action and Complaint, on

Wear Me Apparel LLC f/k/a/ Wear Me Apparel Corp.

Defendant in this action, by delivering to and leaving with Carol Vogt, Authorized Agent, in the Office of the Secretary of State of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State the statutory fee, if required. Service was made pursuant to Section 303 Limited Liability Company Law.

Service was completed by mailng notice of such service and one (1) true copy thereof by Registered or 1st Class Mail and Certified Mail, #       , Return Receipt Requested on        to said defendant at:

Papers so served were properly endorsed with the index number and date of filing.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: 47 years   Approx. weight: 110 lbs.   Approx. Ht.: 5' 1"
Sex: Female   Color of skin: White   Color of hair: Brown   Other:

Sworn to before me on June 13, 2007

*[signature]*
MARCY A. O'HARE
NOTARY PUBLIC, State of New York
No. 4865530, Qualified in Albany County
Term Expires July 14, 2010

*[signature]*
Stephen L. Collen

Invoice•Work Order # 0704525