LESLIE MARTIN SHAMIS, ESQ.
P.O. Box 570
Long Beach, New York 11561
516-889-9105
Attorney for Plaintiff

MITCHELL MALZBERG, ESQ.
MITNICK & MALZBERG, P.C.
29 Race Street
P.O. Box 429
Frenchtown, New Jersey 08825
908-996-3716
Co-counsel for Plaintiff

---

| | |
|---|---|
| SAMMART FASHION CO. LTD.  :  | UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK |
| Plaintiff, | |
| : | Case No. 07 CV 4035 |
| -against- | JUDGE BATTS |
| : | NOTICE OF MOTION FOR |
| WEAR ME APPAREL CORP. | DEFAULT JUDGMENT AS |
| d/b/a KIDS HEADQUARTERS | AGAINST DEFENDANT |
| and HEYMAN CORPORATION  : | HEYMAN CORPORATION ONLY |
| Defendants,  : | |

TO: Heyman Corporation
   c/o Lawrence Heyman, President
   414 Washington Avenue
   Glencoe, IL 60022

S I R S:

**PLEASE TAKE NOTICE** that the undersigned will move before the United States District Court for the Southern District of New York on February 26, 2008, at the United States Court House located at 500 Pearl Street, New York, New York, Courtroom 24B before the Honorable Deborah A. Batts, for an Order entering default judgment on behalf of the plaintiff and against the defendant Heyman Corporation.

**PLEASE TAKE FURTHER NOTICE** that in support of the within motion, plaintiff shall rely upon the annexed Certification of Dora Tong, sworn to December 28, 2007 and Affirmation of Leslie Martin Shamis, Esq., duly affirmed January 22, 2008.

**PLEASE TAKE FURTHER NOTICE** that the within motion is brought before the Court pursuant to Rule 55, and it is hereby requested that this matter be decided upon the moving papers. A proposed form of Order is annexed hereto.

							_____
							LESLIE MARTIN SHAMIS, ESQ.
							Attorney for Plaintiff

Dated: Long Beach, New York
       January 24, 2008