EXHIBIT "A"

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____SOUTHERN_____ District of ___NEW YORK___

SAMMART FASHION CO. LTD.

V.

WEAR ME APPAREL CORP. d/b/a KIDS
HEADQUARTERS AND HEYMAN CORPORATION

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: **07 CV 4035**

JUDGE BATTS

TO: (Name and address of Defendant)

HEYMAN CORPORATION
120 SOUTH RIVERSIDE PLAZA
CHICAGO, ILLINOIS 60606

WEAR ME APPAREL CORP. d/b/a KIDS HEADQUARTERS
31 WEST 34th STREET
NEW YORK, NEW YORK 10001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Leslie Martin Shamis, Esq.
PO Box 570
Long Beach, NJ 11561

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**                                                                                     MAY 2 3 2007
CLERK                                                                                                     DATE
(By) DEPUTY CLERK

"A"

LESLIE MARTIN SHAMIS, ESQ.
PO Box 570
Long Beach, New York 11561
(516)889-9200
Attorney to Plaintiff

STEVEN MITNICK, ESQ.
MITNICK & MALZBERG, P.C.
29 Race Street
PO Box 429
Frenchtown, New Jersey 08825
(908) 996-3716
Co-counsel to Plaintiff

**07 CV 4035**

**JUDGE BATTS**

SAMMART FASHION CO. LTD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Case No.

     Plaintiff,
v.

WEAR ME APPAREL CORP. d/b/a KIDS
HEADQUARTERS and HEYMAN
CORPORATION

     Defendant,

**COMPLAINT**

MAY 23 2007

## STATEMENT OF JURISDICTION

1. Plaintiff, Sammart Fashion Co. Ltd., is a Hong Kong corporation, located at 1509 Asia Trade Centre, 79 Lei Muk Road, Kwai Chung, N.T., Hong Kong.

2. Defendant Wear Me Apparel Corp. is a New York corporation located at 31 West 34th Street, New York, NY, 10001.

3. Defendant Heyman Corporation is a Illinois corporation with offices located at 120 South Riverside Plaza, Chicago, Illinois, 60606.

4. Jurisdiction of this Court is based upon diversity of

citizenship, pursuant to 28 U.S.C. 1322, et seq., and the amount in controversy exceeds $100,000.00.

## FIRST COUNT

1. There is due from the defendants Wear Me Apparel Corp. d/b/a Kids Headquarters, and Heyman Corporation, to the plaintiff the sum of $257,947.63 for goods sold and delivered and /or services rendered by the plaintiff to the defendants pursuant to the attached statement, (Exhibit "A").

2. The plaintiff sues the defendants for goods sold and delivered and/or services rendered by the plaintiff to the defendants upon the promise of the defendants to pay the agreed amount.

3. The defendants, being indebted to the plaintiff in the sum of $257,947.63, upon an account stated between them did promise to pay to the plaintiff said sum upon demand.

4. Payment has been demanded and has not been made.

WHEREFORE, plaintiff demands judgment against the defendants Wear Me Apparel Corp. d/b/a Kids Headquarters, and Heyman Corporation, in the sum of $257,947.63, plus costs and attorney's fees.

## SECOND COUNT

1. Plaintiff repeats the allegations contained in the First Count of its Complaint as if stated verbatim herein.

2. Plaintiff sold goods and services to the defendant Hayman Corporation, and there is a balance due of $257,947.63, which has

not been paid by Hayman Corporation, despite demand.

3. Upon information and belief, there was an asset sale by and between defendant Hayman Corporation and Wear Me Apparel Corp., wherein Wear Me Apparel Corp. purchased assets and assumed certain liabilities, including the debt which is the subject of this litigation.

4. Payment has been demanded and has not been received. Upon information and belief, as a result of the asset sale and assumption of liabilities by and between Heyman Corporation and Wear Me Apparel Corp., Wear Me Apparel Corp. is responsible for payment to the plaintiff.

WHEREFORE, plaintiff demands judgment against the defendants Wear Me Apparel Corp. d/b/a Kids Headquarters, and Heyman Corporation, in the sum of $257,947.63, plus costs and attorney's fees.

I certify that the matter in controversy is not the subject of any other action or arbitration proceeding, now or contemplated, and that no other parties should be joined in this action. R. 4:5-1.

Dated: April 25, 2007

LESLIE MARTIN SHAMIS
Attorney for Plaintiff

Index No.                                    Year

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAMMART FASHION CO. LTD.,

        Plaintiff,

-against-

WEAR ME APPAREL CORP. d/b/a KIDS
HEADQUARTERS AND HEYMAN CORPORATION,

        DEFENDANTS,

---

SUMMONS AND COMPLAINT

---

Signature (Rule 130-1.1-a) *[signature]*
Print name beneath  LESLIE MARTIN SHAMIS, ESQ.

**LESLIE MARTIN SHAMIS**
ATTORNEY AT LAW

*Attorney for* Plaintiff

*Office and Post Office Address, Telephone*
64 WEST PARK AVENUE
P.O. BOX 570
LONG BEACH, NEW YORK 11561-0570
(516) 889-9200
FAX (516) 889-9105

To

Attorney(s) for

Service of a copy of the within is hereby admitted.
Dated,

..................................................
Attorney(s) for

---

NOTICE OF ENTRY

PLEASE take notice that the within is a *(certified)* true copy of a duly entered in the office of the clerk of the within named court on

Dated,             Yours, etc.

**LESLIE MARTIN SHAMIS**
ATTORNEY AT LAW

*Attorney for*

*Office and Post Office Address*
64 WEST PARK AVENUE
P.O. BOX 570
LONG BEACH, NEW YORK 11561-0570

To

Attorney(s) for

---

NOTICE OF SETTLEMENT

PLEASE take notice that an order

of which the within is a true copy will be presented for settlement to the Hon.

one of the judges of the within named Court, at

on
at          M.
Dated,             Yours, etc.

**LESLIE MARTIN SHAMIS**
ATTORNEY AT LAW

*Attorney for*

*Office and Post Office Address*
64 WEST PARK AVENUE
P.O. BOX 570
LONG BEACH, NEW YORK 11561-0570

To

Attorney(s) for