EXHIBIT "B"

**ORIGINAL**

258157 Leslie Martin Themis

| UNITED STATES DISTRICT COURT | COUNTY OF | INDEX NO: 07cv4035 |
|---|---|---|
| | | FILED ON: May 23, 2007 |
| | | DISTRICT: Southern/NY |

Sammart Fashion Co. Ltd

vs                                                                                               Plaintiff(s)

Wear Me Apparel Corp. D/B/A Kids Headquarters, et. ano.

Defendant(s)

STATE OF NEW YORK, COUNTY OF ALBANY, SS.:

**AFFIDAVIT OF SERVICE BY THE SECRETARY OF STATE**

_____Stephen L. Collen_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____June 4, 2007_____, at __12:00 pm__, at the office of the Secretary of State of the State of New York in the City of Albany, New York, deponent served the annexed _____Summons in a Civil Action and Complaint_____

_____, on

_____The Heyman Corporation s/h/a Heyman Corporation_____

Defendant in this action, by delivering to and leaving with _____Carol Vogt_____, Authorized Agent, in the Office of the Secretary of State of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State the statutory fee, if required. Service was made pursuant to Section 306 Business Corporation Law.

☐ Service was completed by mailing notice of such service and one (1) true copy thereof by ☐ Registered or ☐ 1st Class Mail and Certified Mail, # _____, Return Receipt Requested on _____ to said defendant at: _____

Papers so served were properly endorsed with the index number and date of filing.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: 47 years   Approx. weight: 110 lbs.   Approx. Ht.: 5' 1"
Sex: Female   Color of skin: White   Color of hair: Brown   Other: _____

Sworn to before me on _____June 11, 2007_____

_____
MARCY A. O'HARE
NOTARY PUBLIC, State of New York
No. 4885530, Qualified in Albany County
Term Expires July 14, 2010

_____
Stephen L. Collen

Invoice•Work Order # 0704527

**\*\*AMENDED AFFIDAVIT\*\***