EXHIBIT "C"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------
SAMMART FASHION CO. LTD.

        Plaintiff,

-against-

WEAR ME APPAREL CORP.
d/b/a KIDS HEADQUARTERS
and HEYMAN CORPORATION

        Defendants,
-----------------------------------------------------------------

07-Civ. 4035(DAB)

**CLERK'S CERTIFICATE**

I, J. MICHAEL MCMAHON, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action commenced on May 23, 2007 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant by serving the authorized agent of defendant, the office of the Secretary of State of the State of New York, and proof of such service thereof was filed on *Heyman Corp.*

I further certify that the docket entries indicate that the defendant has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant is hereby noted.

Date: New York, New York
     Dec 5, 2007

                              J. MICHAEL MCMAHON
                              Clerk of the Court

                     By:_____
                                   Deputy Clerk