EXHIBIT "D"

SEP 24 2007

## LAW OFFICES
## ARNSTEIN & LEHR LLP

120 SOUTH RIVERSIDE PLAZA · SUITE 1200
CHICAGO, ILLINOIS 60606-3910
(312) 876-7100
FAX (312) 876-0288
www.arnstein.com
FOUNDED 1893

Robert I. Ury
(312) 876-7855
riury@arnstein.com

BOCA RATON, FLORIDA
FORT LAUDERDALE, FLORIDA
MIAMI, FLORIDA
TAMPA, FLORIDA
WEST PALM BEACH, FLORIDA
HOFFMAN ESTATES, ILLINOIS
MILWAUKEE, WISCONSIN

MEMBER OF INTERNATIONAL LAWYERS NETWORK

September 19, 2007

Miss Leslie Martin Shamis
Attorney at Law
P.O. Box 570
Long Beach, New York 11561-0570

Re: Sammart Fashion Co., Ltd.

Dear Miss Shamis:

In response to your letter of September 10, please be advised that we no longer represent the Heyman Corporation.

Sincerely,

Robert I. Ury

RIU:tsh
cc: Cynde H. Munzer   312-876-7100

Pursuant to Internal Revenue Service guidance, be advised that any federal tax advice contained in this written or electronic communication, including any attachments or enclosures, is not intended or written to be used and it cannot be used by any person or entity for the purpose of (i) avoiding any tax penalties that may be imposed by the Internal Revenue Service or any other U.S. Federal taxing authority or agency or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

1174411_1.DOC

D