LESLIE MARTIN SHAMIS, ESQ.
PO Box 570
Long Beach, New York 11561
(516)889-9200
Attorney to Plaintiff

MITCHELL MALZBERG, ESQ.
MITNICK & MALZBERG, P.C.
29 Race Street
PO Box 429
Frenchtown, New Jersey 08825
(908) 996-3716
Co-counsel to Plaintiff

---

| | |
|---|---|
| SAMMART FASHION CO. LTD. | : UNITED STATES DISTRICT COURT |
| | SOUTHERN DISTRICT OF NEW YORK |
| | : |
| | Case No. 07 CV 4035 |
| | JUDGE BATTS |
| Plaintiff, | : |
| v. | |
| | : AFFIDAVIT IN SUPPORT OF |
| WEAR ME APPAREL CORP. d/b/a KIDS | MOTION TO ENTER DEFAULT |
| HEADQUARTERS and HEYMAN | : JUDGMENT AGAINST |
| CORPORATION, | DEFENDANT |
| | HEYMAN CORPORATION |
| | : |
| Defendant, | |

---

COUNTRY OF HONG KONG         :

SPECIAL ADMINISTRATIVE REGION
OF PEOPLES REPUBLIC OF CHINA   :

1. I, Dora Tong, am the Executive Director of the plaintiff, and am fully familiar with the facts of this litigation.

2. Defendant Heyman Corporation was served with plaintiff's Summons and Complaint on June 4, 2007, and said defendant has failed to file an Answer to the Complaint.

3. The account of the defendant Heyman Corporation annexed to this Certification as Exhibit "1" is a true and accurate copy of the books of original entry of the plaintiff.

4. The goods for which said charges were made, were sold, delivered to and accepted by the defendant Heyman at the special instance and request of the defendant Heyman. Said charges are fair and reasonable, and are as per agreement. The said defendant Heyman promised to pay the sum charged therefor.

5. No defendant named herein is an infant or incompetent person.

6. Credit has been duly given for all payments, counterclaims and set-offs and there now remains due and owing from said defendant(s) to the plaintiff the sum of $257,947.63, plus interest as of March 1, 2006, together with court costs.

_____
DORA TONG

SWORN AND SUBSCRIBED TO
before me this 28 day of
December, 2007.

_____

ALBERT H.P. LIANG
BARRISTER & SOLICITOR
80 ACADIA AVENUE #104
MARKHAM ONTARIO L3R 9V1
TEL: 905-513-9022

## Sammart Fashion Co., Ltd.
Room 1508-8, 1618-1622,
Asia Trade Centre,
79 Lei Muk Road, New Territories

## STATEMENT OF ACCOUNT

Sold To:
Heyman Corporation
375 North Fairway drive,
Continental Executive Parke,
Vernon Hills, Illinois 60061 USA
Attn: Stacy Palcznski

Customer No. HC001QA
Date 3/31/2007

| Document No. | Date | Type | Description | Reference Code | Dr | Cr | Net |
|---|---|---|---|---|---|---|---|
| DN200508069 | 08/31/05 | DB | Sample | 135, 3225FM, 3220MR, 3221NB | 235.78 | | 235.78 |
| DN200508090 | 08/31/05 | DB | Labtest | 3060DH | 248.70 | | 248.70 |
| DN200509020 | 09/01/05 | DB | Sample | 176, 183, 184 | 180.95 | | 180.95 |
| DN200509022 | 09/01/05 | DB | Sample | 176, 183, 184 | 188.00 | | 188.00 |
| DN200509023 | 09/01/05 | DB | Sample | 3612, 3446FS, 3515MR, 3530MR, 3516NB, 3600T | 150.39 | | 150.39 |
| DN200509024 | 09/01/05 | DB | Sample | 3816GA | 37.29 | | 37.29 |
| DN200509025 | 09/01/05 | DB | Sample | 3313, 3815-6GA, 3304RS | 30.47 | | 30.47 |
| DN200509026 | 09/01/05 | DB | Sample | 3598T | 77.70 | | 77.70 |
| DN200509035 | 09/01/05 | DB | Sample | 3542, 3546 | 32.74 | | 32.74 |
| DN200509039 | 09/01/05 | DB | Sample | 3169FM, 3442FS, 3548BU | 385.20 | | 385.20 |
| DN200509043 | 09/01/05 | DB | Sample | 3542, 3546 | 40.13 | | 40.13 |
| DN200509044 | 09/01/05 | DB | Sample | 3543 | 24.49 | | 24.49 |
| DN200509045 | 09/01/05 | DB | Sample | 3542, 3543 | 55.22 | | 55.22 |
| DN200509046 | 09/01/05 | DB | Sample | 3542, 3546, 3547 | 48.60 | | 48.60 |
| DN200509047 | 09/01/05 | DB | Development Cost | Baby Einstein Playwear | 28,925.00 | | 28,925.00 |
| DN200509048 | 09/01/05 | DB | Sample | 3542 | 72.78 | | 72.78 |
| DN200509049 | 09/01/05 | DB | Sample | 3547 | 78.30 | | 78.30 |
| DN200509051 | 09/01/05 | DB | Sample | 3542, 3546-47 | 139.32 | | 139.32 |
| DN200509052 | 09/01/05 | DB | Sample | 3564 | 36.60 | | 36.60 |
| DN200509053 | 09/01/05 | DB | Sample | 3543 | 85.44 | | 85.44 |
| DN200509054 | 09/01/05 | DB | Sample | 3265GA, 3291MR | 39.00 | | 39.00 |
| DN200509055 | 09/01/05 | DB | Sample | 3265GA, 3291MR | 31.92 | | 31.92 |
| DN200509056 | 09/01/05 | DB | Sample | 3266GA, 3265GA | 39.48 | | 39.48 |
| DN200509057 | 09/01/05 | DB | Sample | 3063 | 81.00 | | 81.00 |
| DN200509058 | 09/01/05 | DB | Sample | 3272GA, 3295MR | 32.51 | | 32.51 |
| DN200509060 | 09/01/05 | DB | Sample | 3343FS, 3309BU, 3289MR | 124.02 | | 124.02 |
| DN200509061 | 09/01/05 | DB | Sample | 3373T | 23.25 | | 23.25 |
| DN200509062 | 09/01/05 | DB | Sample | 3373T | 41.25 | | 41.25 |
| DN200509063 | 09/01/05 | DB | Sample | 3542, 3373T | 56.30 | | 56.30 |
| DN200509064 | 09/01/05 | DB | Sample | 3291MR, 3292NB | 64.80 | | 64.80 |
| DN200509065 | 09/01/05 | DB | Sample | 3297MR | 35.40 | | 35.40 |
| DN200509066 | 09/01/05 | DB | Sample | 3052DH, 3271GA, 3265-66GA, 3284MR | 203.81 | | 203.81 |
| DN200509067 | 09/01/05 | DB | Sample | 3108TC | 32.52 | | 32.52 |
| DN200509071 | 09/01/05 | DB | Sample | 3257RS, 3295-96 MR | 52.20 | | 52.20 |
| DN200509072 | 09/01/05 | DB | Sample | 3108TC, 3109BU, 3156M, 3169FM | 232.72 | | 232.72 |
| DN200509074 | 09/01/05 | DB | Sample | 3442FS, 3444FS, 3169FM | 341.00 | | 341.00 |
| DN200509075 | 09/01/05 | DB | Sample | 3110BU | 14.40 | | 14.40 |
| CTV5968 | 09/29/05 | CR | Packaging | 3588 | | 553.20 | (553.20) |
| DN200510001 | 10/01/05 | DB | Sample | 3493, 3502, 3107BTC, 3153M | 226.77 | | 226.77 |
| DN200510002 | 10/01/05 | DB | Sample | 3102T, 3265-66GA | 147.40 | | 147.40 |
| DN200510003 | 10/01/05 | DB | Sample | 3104T | 10.38 | | 10.38 |
| DN200510004 | 10/01/05 | DB | Sample | 3265-66GA, 3595MR | 28.44 | | 28.44 |

**Sammart Fashion Co., Ltd.**
Room 1505-8, 1516-1522,
Asia Trade Centre,
79 Lei Muk Road, New Territories

## STATEMENT OF ACCOUNT

Sold To:
Hayman Corporation
375 North Fairway drive,
Continental Executive Parke,
Vernon Hills, Illinois 60061 USA
Attn: Stacy Palczynski

Customer Nr: HC0h1OA
Date: 3/31/2007

| Document No. | Date | Type | Description | Reference Code | Dr | Cr | Net |
|---|---|---|---|---|---|---|---|
| DN200510005 | 10/01/05 | DB | Sample | 3500, 3516NB, 3597TC | 54.45 | | 54.45 |
| DN200510006 | 10/01/05 | DB | Sample | 3508, 3309BU, 3169FM, 3518MR | 298.80 | | 298.80 |
| DN200510007 | 10/01/05 | DB | Sample | 3486,3500,3109T,3169FM,3281GA,3498BA,3518MR,3598T, 3600T | 527.22 | | 527.22 |
| DN200510012 | 10/01/05 | DB | Sample | 184 | 50.60 | | 50.60 |
| DN200510013 | 10/01/05 | DB | Sample | 184 | 20.50 | | 20.50 |
| DN200510014 | 10/01/05 | DB | Sample | 176 | 58.25 | | 58.25 |
| DN200510015 | 10/01/05 | DB | Sample | 184 | 69.00 | | 69.00 |
| DN200510017 | 10/01/05 | DB | Sample | 184 | 44.45 | | 44.45 |
| DN200510018 | 10/01/05 | DB | Sample | 3290NB | 27.30 | | 27.30 |
| DN200510019 | 10/01/05 | DB | Sample | 3547, 3531MR, 3368TC | 77.65 | | 77.65 |
| DN200510021 | 10/01/05 | DB | Sample | 3501, 3508 | 94.65 | | 94.65 |
| DN200510022 | 10/01/05 | DB | Sample | 162, 184, 3600T | 88.12 | | 88.12 |
| DN200510023 | 10/01/05 | DB | Sample | 3063, 3169FM, 3153M, 3284MR, 3285NB | 340.78 | | 340.78 |
| DN200510033 | 10/01/05 | DB | Sample | 187, 191 | 114.83 | | 114.83 |
| DN200510034 | 10/01/05 | DB | Sample | 176 | 170.50 | | 170.50 |
| DN200510035 | 10/01/05 | DB | Sample | 3060DH | 332.00 | | 332.00 |
| DN200510036 | 10/01/05 | DB | Sample | 192 | 211.50 | | 211.50 |
| DN200510037 | 10/01/05 | DB | Sample | 192, 193 | 303.30 | | 303.30 |
| DN200510038 | 10/01/05 | DB | Sample | 192 | 164.45 | | 164.45 |
| DN200510039 | 10/01/05 | DB | Sample | 3060DH | 69.50 | | 69.50 |
| DN200510040 | 10/01/05 | DB | Sample | 186 | 129.30 | | 129.30 |
| DN200510041 | 10/01/05 | DB | Sample | 187 | 19.50 | | 19.50 |
| DN200510042 | 10/01/05 | DB | Sample | 187 | 52.17 | | 52.17 |
| DN200510043 | 10/01/05 | DB | Sample | 191 | 85.95 | | 85.95 |
| DN200510044 | 10/01/05 | DB | Sample | 187,191 | 84.15 | | 84.15 |
| DN200510045 | 10/01/05 | DB | Sample | 187 | 33.12 | | 33.12 |
| DN200510046 | 10/01/05 | DB | Sample | 187, 191 | 11.91 | | 11.91 |
| DN200510047 | 10/01/05 | DB | Sample | 191 | 10.05 | | 10.05 |
| DN200510048 | 10/01/05 | DB | Sample | 191, 3543, 3564 | 166.64 | | 166.64 |
| DN200510049 | 10/01/05 | DB | Sample | 186, 187 | 116.40 | | 116.40 |
| DN200510050 | 10/01/05 | DB | Sample | 191 | 117.06 | | 117.06 |
| DN200510051 | 10/01/05 | DB | Sample | 187, 191 | 155.38 | | 155.38 |
| DN200510052 | 10/01/05 | DB | Sample | 186, 3364t | 270.96 | | 270.96 |
| DN200510053 | 10/01/05 | DB | Sample | 3546 | 101.10 | | 101.10 |
| DN200510054 | 10/01/05 | DB | Sample | 188, 3564 | 241.80 | | 241.80 |
| DN200510055 | 10/01/05 | DB | Sample | n/a | 131.10 | | 131.10 |
| DN200510056 | 10/01/05 | DB | Sample | 186, 187, 191, 3595T, 3598T | 342.00 | | 342.00 |
| DN200510057 | 10/01/05 | DB | Sample | 191, 3385t | 114.83 | | 114.83 |
| DN200510058 | 10/01/05 | DB | Sample | 187, 3168M, 3315RS, 3374T | 244.47 | | 244.47 |
| DN200510059 | 10/01/05 | DB | Sample | 191, 3498BA, 3315RS, 3598T, 3369TC | 224.63 | | 224.63 |
| DN200510060 | 10/01/05 | DB | Sample | 191, 3542, 3546, 3527NB | 105.37 | | 105.37 |
| DN200510061 | 10/01/05 | DB | Sample | 187, 191, 3365T | 263.28 | | 263.28 |
| DN200510062 | 10/01/05 | DB | Sample | 187, 191, 3497, 3509, 3511, 3374T, 3498-99BA | 831.90 | | 831.90 |

# Sammart Fashion Co., Ltd.
Room 1506-8, 1515-1522,
Asia Trade Centre,
79 Lei Muk Road, New Territories

## STATEMENT OF ACCOUNT

Sold To:
Hayman Corporation
375 North Fairway drive,
Continental Executive Parke,
Vernon Hills, Illinois 60081 USA
Attn: Stacy Palcznski

Customer No: HC001OA
Date: 3/31/2007

| Document No. | Date | Type | Description | Reference Code | Dr | Cr | Net |
|---|---|---|---|---|---|---|---|
| DN200510063 | 10/01/05 | DB | Sample | 176 | 186.05 | | 186.05 |
| DN200510064 | 10/01/05 | DB | Sample | 183 | 49.40 | | 49.40 |
| DN200510065 | 10/01/05 | DB | Sample | n/a | 43.31 | | 43.31 |
| DN200510066 | 10/01/05 | DB | Sample | 183, 184 | 83.05 | | 83.05 |
| DN200510067 | 10/01/05 | DB | Sample | 3494,3500,3445-6FS,3311BU,3515MR,3530MR,3516NB,3526NB,3303RS | 272.62 | | 272.62 |
| DN200510068 | 10/01/05 | DB | Sample | 188, 3563 | 240.60 | | 240.60 |
| DN200510069 | 10/01/05 | DB | Sample | 193, 180, 3605TC | 306.00 | | 306.00 |
| DN200510070 | 10/01/05 | DB | Sample | 3492, 3151K | 701.44 | | 701.44 |
| DN200510071 | 10/01/05 | DB | Sample | 191,187,3498BA,3315RS,3602T,3374T,3369TC | 125.16 | | 125.16 |
| DN200510072 | 10/01/05 | DB | Sample | 3493,3169FM,3264MR | 93.80 | | 93.80 |
| DN200510073 | 10/01/05 | DB | Sample | 3502,3519NB,3102T,3102T,3364T | 583.96 | | 583.96 |
| DN200510074 | 10/01/05 | DB | Sample | 191,3511,3512,3515MR | 164.60 | | 164.60 |
| DN200510075 | 10/01/05 | DB | Sample | 187, 191, 3495, 3168FM,3171FM,3109T | 593.74 | | 593.74 |
| DN200510076 | 10/01/05 | DB | Sample | 3312, 3500, 3509, 3445FS, 3498BA, 3549BA, 3169FM, 3515MR, 3530MR, 3516NB | 480.77 | | 480.77 |
| DN200510077 | 10/01/05 | DB | Sample | 191, 3543, 3563, 3564 | 332.35 | | 332.35 |
| DN200510078 | 10/01/05 | DB | Sample | 3395T, 3309BU | 45.50 | | 45.50 |
| DN200510079 | 10/01/05 | DB | Sample | 186, 3168M, 3595T | 193.44 | | 193.44 |
| DN200510080 | 10/01/05 | DB | Sample | 195, 199 | 53.30 | | 53.30 |
| DN200510081 | 10/01/05 | DB | Sample | 193, 199, 3564 | 67.95 | | 67.95 |
| DN200510082 | 10/01/05 | DB | Sample | 176, 193, 199 | 134.65 | | 134.65 |
| DN200510083 | 10/01/05 | DB | Sample | 3156M | 8.98 | | 8.98 |
| DN200510084 | 10/01/05 | DB | Sample | 187,191,3446FS,3515MR,3526NB,3598T | 639.68 | | 639.68 |
| DN200510085 | 10/01/05 | DB | Sample | 191,186,187,3501,3053DH,3285GA,3533MR,3517NB,3315RS | 713.37 | | 713.37 |
| DN200510088 | 10/01/05 | DB | Development Cost | Stacy Claire Boyd S'06-Sleepwears | 8,245.00 | | 8,245.00 |
| DN200510094 | 10/01/05 | DB | Packaging | 3109T,3110T | 2,707.30 | | 2,707.30 |
| DN200510106 | 10/01/05 | DB | Freight & Handling | 3809MR, 3815NB, 3829MR, 3830NB, 3833NB, 3834MR | 170.76 | | 170.76 |
| DN200510107 | 10/01/05 | DB | Freight & Handling | 3827MR,3828MR,3737MR,3323RS,3324RS | 289.79 | | 289.79 |
| DN200510112 | 10/01/05 | DB | Sample | 3065,3265GA | 225.04 | | 225.04 |
| DN200510113 | 10/01/05 | DB | Sample | 3494, 3495, 3537BA, 3156M, 3532MR, 3528NB, 3315RS | 270.22 | | 270.22 |
| DN200510114 | 10/01/05 | DB | Sample | 3504, 3492, 3444FS, 3448FS, 3528NB, 3532MR, 3104T | 614.12 | | 614.12 |

## Sammart Fashion Co., Ltd.
Room 1605-8, 1615-1522,
Asia Trade Centre,
79 Lei Muk Road, New Territories

## STATEMENT OF ACCOUNT

Sold To:
Hoyman Corporation
375 North Fairway drive,
Continental Executive Parke,
Vernon Hills, Illinois 60061 USA
Attn: Stacy Palcznski

Customer No. HOI01PA
Date 3/31/2007

| Document No. | Date | Type | Description | Reference Code | Dr | Cr | Net |
|---|---|---|---|---|---|---|---|
| DN200510115 | 10/01/05 | DB | Sample | 3503, 3443FS, 3153M, 3289MR, 3528NB, 3364T, 3108TC | 431.78 | | 431.78 |
| DN200510116 | 10/01/05 | DB | Sample | 3546, 3547 | 43.95 | | 43.95 |
| DN200510117 | 10/01/05 | DB | Sample | 193 | 101.25 | | 101.25 |
| DN200510118 | 10/01/05 | DB | Sample | 3816GA | 44.49 | | 44.49 |
| DN200510119 | 10/01/05 | DB | Sample | 3600T | 89.04 | | 89.04 |
| DN200510120 | 10/01/05 | DB | Sample | 3326RS,3319RS | 15.66 | | 15.66 |
| DN200510121 | 10/01/05 | DB | Sample | 3816GA | 43.19 | | 43.19 |
| DN200510122 | 10/01/05 | DB | Sample | 3815GA | 9.60 | | 9.60 |
| DN200510123 | 10/01/05 | DB | Sample | 3320RS,3323RS | 25.50 | | 25.50 |
| DN200510126 | 10/01/05 | DB | Sample | 193, 3360W | 176.20 | | 176.20 |
| DN200510127 | 10/01/05 | DB | Sample | 193 | 64.05 | | 64.05 |
| DN200510128 | 10/01/05 | DB | Sample | 193 | 94.85 | | 94.85 |
| DN200510129 | 10/01/05 | DB | Sample | 186 | 104.40 | | 104.40 |
| DN200510130 | 10/01/05 | DB | Sample | 3546, 3547 | 59.90 | | 59.90 |
| DN200510133 | 10/01/05 | DB | Sample | 192 | 195.75 | | 195.75 |
| DN200510134 | 10/01/05 | DB | Sample | 186, 179, 3450 | 410.05 | | 410.05 |
| DN200510135 | 10/01/05 | DB | Sample | 179, 3449, 3450 | 719.40 | | 719.40 |
| DN200510136 | 10/01/05 | DB | Sample | 186,3154BA | 550.35 | | 550.35 |
| DN200510137 | 10/01/05 | DB | Sample | 186,3449,3457MA,3165M,3166M | 673.40 | | 673.40 |
| DN200510138 | 10/01/05 | DB | Sample | 3554BA,3542,3546 | 102.72 | | 102.72 |
| DN200510139 | 10/01/05 | DB | Sample | 3317CO,3166M | 451.70 | | 451.70 |
| DN200510140 | 10/01/05 | DB | Packaging | 3447FS | 41.98 | | 41.98 |
| DN200510141 | 10/01/05 | DB | Sample | 3503,3297MR,3298NB,3595T,3102T,3108T | 560.85 | | 560.85 |
| DN200510149 | 10/01/05 | DB | Sample | 118,125,137,3087T | 466.79 | | 466.79 |
| DN200510153 | 10/01/05 | DB | Sample | 182 | 48.30 | | 48.30 |
| DN200510154 | 10/01/05 | DB | Sample | 3816GA, 182 | 82.19 | | 82.19 |
| DN200510155 | 10/01/05 | DB | Sample | 3605TC | 58.00 | | 58.00 |
| DN200510156 | 10/01/05 | DB | Sample | 190,3450,3605TC | 643.20 | | 643.20 |
| DN200510157 | 10/01/05 | DB | Sample | 3361W | 60.00 | | 60.00 |
| DN200510158 | 10/01/05 | DB | Sample | 3361W,3166M,3506TC,3374T | 603.95 | | 603.95 |
| DN200510159 | 10/01/05 | DB | Sample | 199,3564, 3602T | 218.00 | | 218.00 |
| DN200510160 | 10/01/05 | DB | Sample | 186,3060DH,3595T,3365T | 704.90 | | 704.90 |
| DN200510161 | 10/01/05 | DB | Sample | n/a | 3.60 | | 3.60 |
| DN200510176 | 10/01/05 | DB | Leftover stock | 3063 | 209.28 | | 209.28 |
| DN200510180 | 10/01/05 | DB | Sample | 3932, 185, 199, 3373T | 632.25 | | 632.25 |
| DN200510181 | 10/01/05 | DB | Sample | 3360W,3645M,180,3598T | 247.32 | | 247.32 |
| DN200510182 | 10/01/05 | DB | Sample | 195 | 812.50 | | 812.50 |
| DN200510183 | 10/01/05 | DB | Sample | 3932, 195 | 67.05 | | 67.05 |
| DN200510184 | 10/01/05 | DB | Sample | 3932, 195 | 282.30 | | 282.30 |
| DN200510185 | 10/01/05 | DB | Sample | n/a | 545.25 | | 545.25 |
| DN200510190 | 10/01/05 | DB | Sample | 195, 199 | 591.25 | | 591.25 |
| DN200510191 | 10/01/05 | DB | Sample | 187, 191, 3365T | 329.10 | | 329.10 |
| DN200510192 | 10/01/05 | DB | Sample | 135 | 206.52 | | 206.52 |
| DN200510193 | 10/01/05 | DB | Sample | 135, 136, 137 | 95.70 | | 95.70 |
| DN200510194 | 10/01/05 | DB | Sample | 136, 2961BU, 2964BU, 5044DP | 138.26 | | 138.26 |

## Sammart Fashion Co., Ltd.
Room 1605-8, 1515-1522,
Asia Trade Centre,
79 Lei Muk Road, New Territories

## STATEMENT OF ACCOUNT

Sold To:
Heyman Corporation
375 North Fairway drive,
Continental Executive Parke,
Vernon Hills, Illinois 60061 USA
Attn: Stacy Palcznaki

Customer No: HC0010A
Date: 3/31/2007

| Document No. | Date | Type | Description | Reference Code | Dr | Cr | Net |
|---|---|---|---|---|---|---|---|
| DN200510195 | 10/01/05 | DB | Sample | 5045DP, 3003DH, 3207MR, 3208NB, 136 | 356.94 | | 356.94 |
| CTV5976 | 10/21/05 | CR | Packaging | 3599T | | 350.00 | (350.00) |
| CTV5977 | 10/21/05 | CR | Quantity | 3361W | | 65.44 | (65.44) |
| CTV5978 | 10/21/05 | CR | Factory Compliance Audit | | | 566.00 | (566.00) |
| CTV5979 | 10/21/05 | CR | Shipment | 3528NB | | 1,071.45 | (1,071.45) |
| CTV5981 | 10/21/05 | CR | Shipment | | | 48,040.76 | (48,040.76) |
| CN200510005 | 10/31/05 | CR | Pricing | | | 1,531.76 | (1,531.76) |
| CTV5986 | 10/31/05 | CR | Shipment | | | 15,062.91 | (15,062.91) |
| CTV5960 | 11/01/05 | CR | Labtest | | | 4,491.74 | (4,491.74) |
| CTV5964 | 11/01/05 | CR | Labtest | | | 2,342.08 | (2,342.08) |
| CTV5965 | 11/01/05 | CR | Labtest | | | 4,063.44 | (4,063.44) |
| CTV5966 | 11/01/05 | CR | Labtest | | | 2,782.80 | (2,782.80) |
| CTV5967 | 11/01/05 | CR | Labtest | | | 3,802.32 | (3,802.32) |
| CTV5982 | 11/01/05 | CR | Labtest | | | 4,355.25 | (4,355.25) |
| DN200511003 | 11/01/05 | DB | Sample | 3360W,3361W | 61.80 | | 61.80 |
| DN200511004 | 11/01/05 | DB | Sample | 190 | 44.64 | | 44.64 |
| DN200511005 | 11/01/05 | DB | Sample | 3360W,3652M | 149.40 | | 149.40 |
| DN200511006 | 11/01/05 | DB | Sample | 3325RS,3323RS | 24.00 | | 24.00 |
| DN200511007 | 11/01/05 | DB | Sample | 3323RS | 37.00 | | 37.00 |
| DN200511008 | 11/01/05 | DB | Sample | 3323RS,3825RS | 42.00 | | 42.00 |
| DN200511009 | 11/01/05 | DB | Sample | 3645M,3323RS,3598T | 275.90 | | 275.90 |
| DN200511010 | 11/01/05 | DB | Sample | 3821MR,3822NB | 61.20 | | 61.20 |
| DN200511011 | 11/01/05 | DB | Sample | 3840GA | 16.20 | | 16.20 |
| DN200511012 | 11/01/05 | DB | Sample | 3323RS,3823MR,3824NB | 75.20 | | 75.20 |
| DN200511013 | 11/01/05 | DB | Sample | 179, 3605TC | 87.40 | | 87.40 |
| DN200511014 | 11/01/05 | DB | Sample | 3361W, 3652M | 43.35 | | 43.35 |
| DN200511016 | 11/01/05 | DB | Sample | 3323RS | 16.50 | | 16.50 |
| DN200511017 | 11/01/05 | DB | Sample | 3652M,3165M | 83.40 | | 83.40 |
| DN200511018 | 11/01/05 | DB | Sample | 196 | 90.66 | | 90.66 |
| DN200511019 | 11/01/05 | DB | Sample | 195, 186 | 90.30 | | 90.30 |
| DN200511020 | 11/01/05 | DB | Sample | n/a | 374.50 | | 374.50 |
| DN200511026 | 11/01/05 | DB | Sample | 3913 | 169.50 | | 169.50 |
| DN200511027 | 11/01/05 | DB | Sample | 3360W | 368.05 | | 368.05 |
| DN200511028 | 11/01/05 | DB | Sample | 195 | 45.42 | | 45.42 |
| DN200511029 | 11/01/05 | DB | Sample | 196 | 42.30 | | 42.30 |
| DN200511030 | 11/01/05 | DB | Sample | 195,3360W | 64.02 | | 64.02 |
| DN200511031 | 11/01/05 | DB | Sample | 196 | 49.86 | | 49.86 |
| DN200511032 | 11/01/05 | DB | Sample | 3365T | 279.30 | | 279.30 |
| DN200511033 | 11/01/05 | DB | Sample | 3373T | 382.90 | | 382.90 |
| DN200511034 | 11/01/05 | DB | Sample | 3373-74T | 98.40 | | 98.40 |
| DN200511035 | 11/01/05 | DB | Sample | 3391T | 364.00 | | 364.00 |
| DN200511036 | 11/01/05 | DB | Sample | 3390T,3391T | 148.50 | | 148.50 |
| DN200511063 | 11/01/05 | DB | Sample | 3024DH,3265GA,3285NB | 147.49 | | 147.49 |
| DN200511064 | 11/01/05 | DB | Sample | 118,126,127,129,135,3335T | 649.49 | | 649.49 |
| DN200511065 | 11/01/05 | DB | Sample | 3909MR, 3515NB | 147.24 | | 147.24 |
| DN200511066 | 11/01/05 | DB | Sample | 191, 195 | 33.30 | | 33.30 |
| DN200511067 | 11/01/05 | DB | Sample | 196 | 34.68 | | 34.68 |
| DN200511068 | 11/01/05 | DB | Sample | 195, 3956 | 162.42 | | 162.42 |

## Sammart Fashion Co., Ltd.
Room 1506-8, 1515-1522,
Asia Trade Centre,
79 Lei Muk Road, New Territories

## STATEMENT OF ACCOUNT

Sold To:
Hayman Corporation
375 North Fairway drive,
Continental Executive Parke,
Vernon Hills, Illinois 60061 USA
Attn: Stacy Palcznski

Customer No: HC005OA
Date: 3/31/2007

| Document No. | Date | Type | Description | Reference Code | Dr | Cr | Net |
|---|---|---|---|---|---|---|---|
| DN200511085 | 11/01/05 | DB | Sample | 195, 3956 | 234.43 | | 234.43 |
| DN200511086 | 11/01/05 | DB | Sample | n/a | 64.50 | | 64.50 |
| DN200511087 | 11/01/05 | DB | Sample | n/a | 64.50 | | 64.50 |
| DN200511088 | 11/01/05 | DB | Sample | n/a | 483.10 | | 483.10 |
| DN200511089 | 11/01/05 | DB | Sample | n/a | 387.40 | | 387.40 |
| DN200511090 | 11/01/05 | DB | Sample | 3612TC | 52.35 | | 52.35 |
| DN200511091 | 11/01/05 | DB | Sample | 3652M | 124.20 | | 124.20 |
| DN200511092 | 11/01/05 | DB | Sample | 3652M,3360W | 337.65 | | 337.65 |
| DN200511093 | 11/01/05 | DB | Sample | 3608T | 126.90 | | 126.90 |
| DN200511094 | 11/01/05 | DB | Sample | 3323RS | 58.30 | | 58.30 |
| DN200511021 | 11/15/05 | DB | Freight & Handling | Aug & Sept 05 Airprepaid shipment | 1,982.56 | | 1,982.56 |
| DN200511022 | 11/15/05 | DB | Development Cost | Sp'06 Target Classic Pooh Layette&Hat | 3,545.00 | | 3,545.00 |
| CTV5992 | 11/28/05 | CR | Quantity shortage | | | 310.00 | (310.00) |
| CTV5992 | 11/28/05 | CR | Stock | | | 49.00 | (49.00) |
| CTV5992 | 11/28/05 | CR | Labtest | | | 1,070.00 | (1,070.00) |
| DN200512002 | 12/05/05 | DB | Packaging | Sp'06 Stacy Claire Boyd Layette | 883.69 | | 883.69 |
| DN200512003 | 12/05/05 | DB | Labtest | 2859T | 20.00 | | 20.00 |
| DN200512004 | 12/05/05 | DB | Sample | 200, 201 | 312.25 | | 312.25 |
| DN200512006 | 12/05/05 | DB | Sample | 2054DP | 216.15 | | 216.15 |
| DN200512005 | 12/06/05 | DB | Sample | 5054DP | 180.35 | | 180.35 |
| DN200512007 | 12/06/05 | DB | Sample | 3323RS, 3324RS, 3840GA | 69.30 | | 69.30 |
| DN200512008 | 12/06/05 | DB | Sample | 3608T, 3610T, 3909MR, 3815NB | 316.45 | | 316.45 |
| DN200512009 | 12/06/05 | DB | Sample | 3825RS, 3815NB, 3909MR | 87.03 | | 87.03 |
| DN200512012 | 12/06/05 | DB | Labtest | 3842GA,3839GA | 136.69 | | 136.69 |
| DN200512013 | 12/06/05 | DB | Sample | F04 Mervyn's, F04 Seras Disney Pooh Etc. | 46.70 | | 46.70 |
| CTV5993 | 12/09/05 | CR | Quality | 3360W | | 160,165.70 | (160,165.70) |
| DN200512087 | 12/16/05 | DB | Labtest | 3948 | 96.23 | | 96.23 |
| DN200512088 | 12/16/05 | DB | Labtest | CTV5967 | 15.91 | | 15.91 |
| DN2005120101 | 12/19/05 | DB | Labtest | 2766K,2752BA,3111BA | 281.00 | | 281.00 |
| DN200512097 | 12/19/05 | DB | Labtest | CTV5966 | 213.92 | | 213.92 |
| DN200512114 | 12/19/05 | DB | Labtest | CTV5966 | 301.00 | | 301.00 |
| DN200512115 | 12/19/05 | DB | Labtest | CTV5966 | 382.40 | | 382.40 |
| DN200512117 | 12/19/05 | DB | Labtest | CTV5966 | 1,041.00 | | 1,041.00 |
| DN200512118 | 12/19/05 | DB | Labtest | CTV5966 | 568.00 | | 568.00 |
| DN200512119 | 12/21/05 | DB | Sample | 3827MR, 3828NB | 64.80 | | 64.80 |
| DN200512120 | 12/21/05 | DB | Sample | 3287MR, 3828NB | 72.00 | | 72.00 |
| DN200512121 | 12/21/05 | DB | Sample | 3829MR, 3360W, 3830NB, 3610 | 99.45 | | 99.45 |
| DN200512122 | 12/21/05 | DB | Sample | 3839GA, 3324RS | 29.19 | | 29.19 |
| DN200512123 | 12/21/05 | DB | Sample | 200, 201 | 228.75 | | 228.75 |
| DN200512124 | 12/21/05 | DB | Sample | 3842GA | 48.90 | | 48.90 |
| DN200512125 | 12/21/05 | DB | Sample | 3839GA, 3608T | 418.05 | | 418.05 |
| DN200512126 | 12/21/05 | DB | Sample | 3390T, 3923 | 165.20 | | 165.20 |
| DN200512128 | 12/21/05 | DB | Sample | 3922DH, 3390T, 3391T | 252.10 | | 252.10 |
| DN200512129 | 12/21/05 | DB | Sample | 3324RS, 3390T | 60.40 | | 60.40 |

## Sammart Fashion Co., Ltd.
Room 1505-8, 1516-1522,
Asia Trade Centre,
79 Lei Muk Road, New Territories

## STATEMENT OF ACCOUNT

Sold To:
Heyman Corporation
375 North Fairway drive,
Continental Executive Parke,
Vernon Hills, Illinois 60061 USA
Attn: Stacy Palcznski

Customer No: HC0010A
Date: 3/31/2007

| Document No. | Date | Type | Description | Reference Code | Dr | Cr | Net |
|---|---|---|---|---|---|---|---|
| | | | | 3614T, 3324RS, 3390T | 117.23 | | 117.23 |
| DN200512130 | 12/21/05 | DB | Sample | 3323RS, 3608T, 3614T, 3616T | 471.24 | | 471.24 |
| DN200512133 | 12/21/05 | DB | Sample | 3610T, 3324RS, 3614T, 3616T | 182.47 | | 182.47 |
| DN200512135 | 12/21/05 | DB | Sample | 3391T, 3910DH | 85.40 | | 85.40 |
| DN200512137 | 12/21/05 | DB | Sample | Fed pooh | 75.00 | | 75.00 |
| DN200512127 | 12/22/05 | DB | Accessories | 3614T, 3608T, 3616T | 136.65 | | 136.65 |
| DN200512134 | 12/22/05 | DB | Sample | 3612TC | 104.20 | | 104.20 |
| DN200512136 | 12/23/05 | DB | Sample | 3923, 3834MR, 3833NB, 3613TC | 275.32 | | 275.32 |
| DN200512138 | 12/23/05 | DB | Sample | 5054DP | 142.85 | | 142.85 |
| DN200512139 | 12/23/05 | DB | Sample | 214 | 105.93 | | 105.93 |
| DN200512140 | 12/23/05 | DB | Sample | 214, 3391T | 142.77 | | 142.77 |
| DN200512141 | 12/23/05 | DB | Sample | 214 | 57.78 | | 57.78 |
| DN200512142 | 12/23/05 | DB | Sample | 214, 3623T | 68.34 | | 68.34 |
| DN200512152 | 12/29/05 | DB | Sample | 3923, 3822T | 164.55 | | 164.55 |
| DN200512153 | 12/29/05 | DB | Sample | 3623T | 89.40 | | 89.40 |
| DN200512154 | 12/29/05 | DB | Sample | 3923, 3912, 3933, 3924 | 345.89 | | 345.89 |
| DN200512155 | 12/30/05 | DB | Sample | 3852FM, 3614T, 3852FM, 3853FM | 512.32 | | 512.32 |
| DN200512156 | 12/30/05 | DB | Sample | 3865BU, 3863RS, 3842GA, | 26.91 | | 26.91 |
| DN200512157 | 12/30/05 | DB | Sample | 3865BU, 3863RS | 72.00 | | 72.00 |
| DN200512158 | 12/30/05 | DB | Sample | 3932, 3933, 3852FM, 3841GA, 3622T | 656.31 | | 656.31 |
| DN200512159 | 12/30/05 | DB | Sample | 3956 | 480.00 | | 480.00 |
| DN200512160 | 12/30/05 | DB | Cancelled order | | | 480.75 | (480.75) |
| CTV5986 | 01/03/06 | CR | Quantity shortage | 3820DH | 186.00 | | 186.00 |
| DN200601027 | 01/11/06 | DB | Packaging | 3837MR, 3838NB | 97.20 | | 97.20 |
| DN200601028 | 01/12/06 | DB | Sample | 3923, 3964BU, 3862RS, 3613TC | 86.82 | | 86.82 |
| DN200601029 | 01/12/06 | DB | Sample | 3932, 3852FM, 3841GA, 3932, 3859FM | 757.54 | | 757.54 |
| DN200601030 | 01/12/06 | DB | Sample | 3911DH | 120.75 | | 120.75 |
| DN200601031 | 01/12/06 | DB | Sample | 3948, 3622T | 177.45 | | 177.45 |
| DN200601032 | 01/12/06 | DB | Sample | 3932, 3852FM, 3853FM, 3841GA | 295.14 | | 295.14 |
| DN200601033 | 01/12/06 | DB | Sample | 3864BU, 3841GA, 3862RS | 146.01 | | 146.01 |
| DN200601034 | 01/12/06 | DB | Sample | 3932, 3933, 3852FM, 3841GA, 3622T, 3614T, 3613TC | 452.77 | | 452.77 |
| DN200601035 | 01/12/06 | DB | Sample | 3852FM, 3614T, 3616T | 446.96 | | 446.96 |
| DN200601036 | 01/12/06 | DB | Sample | 3853FM, 3841GA | 234.45 | | 234.45 |
| DN200601037 | 01/12/06 | DB | Sample | 3948, 3853FM, 3622T | 495.80 | | 495.80 |
| DN200601038 | 01/12/06 | DB | Sample | 3963BU, 3622T, 3623T | 77.02 | | 77.02 |
| DN200601039 | 01/12/06 | DB | Sample | 3948, 3949 | 412.40 | | 412.40 |
| DN200601040 | 01/12/06 | DB | Sample | 3981CO, 3979CO | 598.62 | | 598.62 |
| DN200601041 | 01/12/06 | DB | Sample | 3622T | 231.00 | | 231.00 |
| DN200601042 | 01/12/06 | DB | Sample | 3977CO, 3976CO | 31.95 | | 31.95 |
| DN200601043 | 01/12/06 | DB | Sample | 3961, 3622T | 370.98 | | 370.98 |
| DN200601044 | 01/12/06 | DB | Sample | 3882MR, 3883NB | 39.15 | | 39.15 |
| DN200601045 | 01/12/06 | DB | Sample | | | | |

## Sammart Fashion Co., Ltd.
Room 1505-8, 1515-1522,
Asia Trade Centre,
79 Lei Muk Road, New Territories

## STATEMENT OF ACCOUNT

Sold To:
Heyman Corporation
375 North Fairway drive,
Continental Executive Parke,
Vernon Hills, Illinois 60061 USA
Attn: Stacy Palcznski

Customer No: HC001OA
Date: 3/31/2007

| Document No. | Date | Type | Description | Reference Code | Dr | Cr | Net |
|---|---|---|---|---|---|---|---|
| SM-SI-06010037 | 01/15/06 | IN | Bulky sales | PO#3961,3920DH | 42,086.40 | | 42,086.40 |
| SM-SI-06010031 | 01/16/06 | IN | Bulky sales | PO#3961,3976CO,3977CO | 77,896.02 | | 77,896.02 |
| SM-SI-06010031 | 01/16/06 | PY | Bulky sales | IRTT1150600061RE | | 72,946.48 | (72,946.48) |
| SM-SI-06010035 | 01/16/06 | IN | Bulky sales | PO#3622T | 84,096.00 | | 84,096.00 |
| SM-SI-06010036 | 01/16/06 | IN | Bulky sales | PO#3623T | 43,837.20 | | 43,837.20 |
| DN200601087 | 01/20/06 | DB | Development Cost | Sp'06 Stacy Claire Boyd | 4,035.00 | | 4,035.00 |
| DN200601092 | 01/20/06 | DB | Accessories | 2212K | 2,466.93 | | 2,466.93 |
| SM-SI-06010062 | 01/23/06 | IN | Bulky sales | PO#3622T | 7,650.00 | | 7,650.00 |
| SM-SI-06010063 | 01/27/06 | IN | Bulky sales | PO#3987DH | 8,964.00 | | 8,964.00 |
| SM-SI-06010064 | 01/30/06 | IN | Bulky sales | PO#3882MR,3883NB | 28,923.24 | | 28,923.24 |
| CTV5999 | 02/01/06 | IN | Quality | | 300.00 | | 300.00 |
| DN200602014 | 02/08/06 | DB | Sample | 3882MR,3883NB | 39.15 | | 39.15 |
| DN200602015 | 02/08/06 | DB | Sample | 3987DH | 59.25 | | 59.25 |
| CTV6010 | 03/01/06 | CR | Packaging | | | 437.10 | (437.10) |
| CTV6010 | 03/01/06 | CR | Quantity | | | 1,016.74 | (1,016.74) |
| DN200603001 | 03/01/06 | DB | Courier | F'06 Stacy Claire Boyd | 15.27 | | 15.27 |
| DN200603002 | 03/01/06 | DB | Sample | 3961,3920DH | 378.05 | | 378.05 |
| DN200603003 | 03/01/06 | DB | Sample | 3961,3976CO | 846.35 | | 846.35 |
| DN200603004 | 03/01/06 | DB | Sample | 3955 | 144.52 | | 144.52 |
| DN200603005 | 03/01/06 | DB | Sample | 3920DH,3622T | 199.25 | | 199.25 |
| DN200603006 | 03/01/06 | DB | Sample | 3920DH,3622T,3624TC | 554.10 | | 554.10 |
| DN200603007 | 03/01/06 | DB | Sample | 3961 | 289.30 | | 289.30 |
| DN200603008 | 03/01/06 | DB | Sample | 3961,3920DH | 585.01 | | 585.01 |
| DN200603009 | 03/01/06 | DB | Sample | 3622T,3624TC | 300.75 | | 300.75 |
| DN200603014 | 03/02/06 | DB | Sample | 3622T | 365.85 | | 365.85 |
| DN200603015 | 03/02/06 | DB | Sample | Salesmen samples | 436.00 | | 436.00 |
| DN200603016 | 03/02/06 | DB | Sample | 3961 | 347.97 | | 347.97 |
| DN200603017 | 03/02/06 | DB | Sample | Salesmen samples | 196.70 | | 196.70 |
| DN200603031 | 03/07/06 | DB | Sample | 3948,3949,3963BU | 354.58 | | 354.58 |
| DN200603032 | 03/07/06 | DB | Sample | 3920DH | 329.25 | | 329.25 |
| DN200603033 | 03/07/06 | DB | Sample | 3948,3963BU,3964BU | 775.61 | | 775.61 |
| DN200603034 | 03/07/06 | DB | Sample | 3955 | 519.30 | | 519.30 |
| DN200512083REV | 03/08/06 | DB | Leftover stock | Sp'04 May Co, Sp'04 Federated Etc. | 62,813.86 | | 62,813.86 |
| DN200603025 | 03/08/06 | DB | Courier | F'06 Stacy Claire Boyd | 15.27 | | 15.27 |
| DN200512084REV | 03/25/06 | DB | Leftover stock | 3920DH | 19,530.69 | | 19,530.69 |
| DN200603079 | 03/31/06 | DB | Cancelled order | F'06 Stacy Claire Boyd | 146.60 | | 146.60 |
| CTV6007 | 04/01/06 | CR | Packaging | | | 295.70 | (295.70) |
| DN200604033 | 04/30/06 | DB | Development Cost | F'06 Stacy Claire Boyd | 3,990.00 | | 3,990.00 |
| DN200605004 | 05/11/06 | DB | Debit Note | Up to 11 May 2006 | 68.37 | | 68.37 |
| DN200605005 | 05/11/06 | DN | Open Account | Up to 11 May 06 | 5,394.43 | | 5,394.43 |
| DN200605033 | 05/25/06 | DB | Sample | 215 | 64.35 | | 64.35 |
| DN200605034 | 05/25/06 | DB | Sample | 215 | 7.95 | | 7.95 |
| DN200605035 | 05/25/06 | DB | Sample | 216 | 4.95 | | 4.95 |
| DN200605036 | 05/25/06 | DB | Sample | 216 | 34.80 | | 34.80 |
| DN200605037 | 05/25/06 | DB | Sample | 216 | 47.19 | | 47.19 |
| DN200605038 | 05/25/06 | DB | Sample | 216 | 45.30 | | 45.30 |
| DN200605039 | 05/25/06 | DB | Sample | 216 | 12.00 | | 12.00 |
| DN200605040 | 05/25/06 | DB | Sample | 215 | 55.65 | | 55.65 |
| DN200605041 | 05/25/06 | DB | Sample | 215, 216 | 46.00 | | 46.00 |

**Sammart Fashion Co., Ltd.**
Room 1605-6, 1616-1622,
Asia Trade Centre,
79 Lei Muk Road, New Territories

## STATEMENT OF ACCOUNT

Sold To:
Heyman Corporation
375 North Fairway drive,
Continental Executive Parke,
Vernon Hills, Illinois 60061 USA
Attn: Stacy Palczeski

Customer No: HC001OA
Date: 3/31/2007

| Document No. | Date | Type | Description | Reference Code | Dr | Cr | Net |
|---|---|---|---|---|---|---|---|
| DN200606025 | 06/17/06 | DB | Accessories | Sp'06 Stacy Claire Boyd Layette | 50.00 | | 50.00 |
| DN200606027 | 06/19/06 | DB | Sample | 4001 | 456.18 | | 456.18 |
| DN200606033 | 06/26/06 | DB | Sample | 4001 | 157.50 | | 157.50 |
| DN200607016 | 07/14/06 | DN | Open Account | 11 May - 14 July 06 | 3,614.41 | | 3,614.41 |
| DN200607036 | 07/24/06 | DB | Accessories | Sp'06 Stacy Claire Boyd Layette | 95.00 | | 95.00 |
| DN200611001 | 11/01/06 | DN | Open Account | 14 July-31 October 06 | 6,311.67 | | 6,311.67 |
| DN200611002 | 11/01/06 | DB | Debit Note | 11 May-31 October 06 | 489.67 | | 489.67 |
| DN200611051 | 11/30/06 | DB | Debit Note | 01-30 November 06 | 94.50 | | 94.50 |
| 200611052 | 11/30/06 | DN | Open Account | 1-30 November 06 | 1,768.70 | | 1,768.70 |
| DN200612063 | 12/31/06 | DB | Debit Note | 01-31 December 06 | 98.38 | | 98.38 |
| DN200612064 | 12/31/06 | DN | Open Account | 01-31 December 06 | 1,841.37 | | 1,841.37 |
| DN200701071 | 01/31/07 | DB | Debit Note | 01-31 January 07 | 99.14 | | 99.14 |
| DN200701072 | 01/31/07 | DN | Open Account | 01-31 January 07 | 1,855.64 | | 1,855.64 |
| DN200702043 | 02/28/07 | DB | Debit Note | 01-28 February 07 | 90.24 | | 90.24 |
| DN200703044 | 02/28/07 | DN | Open Account | 01-28 February 07 | 1,689.05 | | 1,689.05 |
| DN200703029 | 03/29/07 | DN | Open Account | 01-31 March 07 | 1,883.11 | | 1,883.11 |
| DN200703028 | 03/31/07 | DB | Debit Note | 01-31 March 07 | 100.61 | | 100.61 |
| | | | | | 584,161.93 | 326,214.30 | 257,947.63 |

SAY UNITED STATES DOLLARS TWO HUNDRED FIFTY-SEVEN THOUSAND NINE HUNDRED AND FORTY-SEVEN AND CENTS SIXTY-THREE ONLY

*Please made payable to SAMMART FASHION CO LTD together with the details of the payment summary*