UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------
SAMMART FASHION CO. LTD.

                Plaintiff,

-against-

WEAR ME APPAREL CORP.
d/b/a KIDS HEADQUARTERS
and HEYMAN CORPORATION

                Defendants,
-------------------------------------------------------------

Case No. 07 CV 4035
Judge Batts

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK)
COUNTY OF NASSAU )    ss:

    I, MARIE CAPUTO, being duly sworn, deposes and says: I am not a party to the action, am over 18 years of age and reside in Long Beach, New York 11561.

    On January 24, 2008, I served the within NOTICE OF MOTION FOR DEFAULT JUDGMENT AS AGAINST DEFENDANT HEYMAN CORPORATION ONLY by depositing a true copy thereto enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, by regular mail, addressed to each of the following persons at the last known address set forth after each name:

TO:    HEYMAN CORPORATION
        c/o Lawrence Heyman, President
        414 Washington Avenue
        Glencoe, IL 60022

        HEYMAN CORPORATION
        120 South Riverside Plaza
        Chicago, Illinois 60606

        JEREMY A. COHEN, ESQ.
        Kramer Levin Naftalis & Frankel LLP
        Attorneys for Defendant,
        WEAR ME APPAREL CORP.
        d/b/a KIDS HEADQUARTERS
        1177 Avenue of the Americas
        New York, NY 10036

                                          _/s/ Marie Caputo_
                                          Marie Caputo

Sworn to before me this
24th day of January, 2008

_/s/ Max Shamis_
MAX SHAMIS
Notary Public, State of New York
02SH3608550, Qual. In Nassau Co.
Commission Expires Dec. 31, 2009

Index No. 07 CV 4035    Year
JUDGE BATTS
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAMMART FASHION CO. LTD.,

    Plaintiff,

-against-

WEAR ME APPAREL CORP.
d/b/a KIDS HEADQUARTERS
and HEYMAN CORPORATION,

    Defendants,

NOTICE OF MOTION FOR
DEFAULT JUDGMENT AS
AGAINST DEFENDANT
HEYMAN CORPORATION ONLY

Signature (Rule 130-1.1-a)

Print name beneath LESLIE MARTIN SHAMIS, ESQ.

**LESLIE MARTIN SHAMIS**
ATTORNEY AT LAW

*Attorney for* Plaintiff

*Office and Post Office Address, Telephone*
64 WEST PARK AVENUE
P.O. BOX 570
LONG BEACH, NEW YORK 11561-0570
(516) 889-9200
FAX (516) 889-9105

To

Attorney(s) for

Service of a copy of the within is hereby admitted.

Dated,

................................................

Attorney(s) for

---

NOTICE OF ENTRY

PLEASE take notice that the within is a *(certified)* true copy of a duly entered in the office of the clerk of the within named court on

Dated,

    Yours, etc.

**LESLIE MARTIN SHAMIS**
ATTORNEY AT LAW

*Attorney for*

*Office and Post Office Address*
64 WEST PARK AVENUE
P.O. BOX 570
LONG BEACH, NEW YORK 11561-0570

To

Attorney(s) for

NOTICE OF SETTLEMENT

PLEASE take notice that an order of which the within is a true copy will be presented for settlement to the Hon.

one of the judges of the within named Court, at

on

at    M.

Dated,

    Yours, etc.

**LESLIE MARTIN SHAMIS**
ATTORNEY AT LAW

*Attorney for*

*Office and Post Office Address*
64 WEST PARK AVENUE
P.O. BOX 570
LONG BEACH, NEW YORK 11561-0570

To

Attorney(s) for