UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------
SAMMART FASHION CO. LTD.

    Plaintiff,        Case No. 07 CV 4035

 -against-           **DEFAULT JUDGMENT**

WEAR ME APPAREL CORP.
d/b/a KIDS HEADQUARTERS
and HEYMAN CORPORATION

    Defendants,
-----------------------------------------------------------

  This action having been commenced on May 23, 2007, by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been personally served on the defendant, HEYMAN CORPORATION, on June 4, 2007, by the New York State Secretary of State and a proof of service having been filed on December 5, 2007 and the defendant not having answered the Complaint, and the time for answering the Complaint having expired, and said default having been certified by J. Michael McMahon, Clerk of the Court on December 5, 2007, it is

  ORDERED, ADJUDGED AND DECREED: That the plaintiff have judgment against defendant in the liquidated amount of $_____ with interest at _____ % from _____ amounting to $_____ plus costs and disbursements of this action in the amount of $_____ amounting in all to $_____.

Dated: New York, New York
    , 2008

                    _____
                       U.S.D.J.

This document was entered on the docket
on _____

Index No. 07 CV 4035    Year

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAMMART FASHION CO. LTD.,

    Plaintiff,

-against-

WEAR ME APPAREL CORP.
d/b/a KIDS HEADQUARTERS
and HEYMAN CORPORATION,

    Defendants,

DEFAULT JUDGMENT

Signature (Rule 130-1.1-a)

Print name beneath  LESLIE MARTIN SHAMIS, ESQ.

**LESLIE MARTIN SHAMIS**
ATTORNEY AT LAW

*Attorney for*  Plaintiff

Office and Post Office Address, Telephone
64 WEST PARK AVENUE
P.O. BOX 570
LONG BEACH, NEW YORK 11561-0570
(516) 889-9200
FAX (516) 889-9105

To

Attorney(s) for

Service of a copy of the within is hereby admitted.
Dated,

........................................................

Attorney(s) for

---

**NOTICE OF ENTRY**

PLEASE take notice that the within is a *(certified)* true copy of a duly entered in the office of the clerk of the within named court on

Dated,    Yours, etc.

**LESLIE MARTIN SHAMIS**
ATTORNEY AT LAW

*Attorney for*

Office and Post Office Address
64 WEST PARK AVENUE
P.O. BOX 570
LONG BEACH, NEW YORK 11561-0570

To

Attorney(s) for

**NOTICE OF SETTLEMENT**

PLEASE take notice that an order of which the within is a true copy will be presented for settlement to the Hon. one of the judges of the within named Court, at

on
at    M.
Dated,    Yours, etc.

**LESLIE MARTIN SHAMIS**
ATTORNEY AT LAW

*Attorney for*

Office and Post Office Address
64 WEST PARK AVENUE
P.O. BOX 570
LONG BEACH, NEW YORK 11561-0570

To

Attorney(s) for