UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SAMMART FASHION CO., LTD.,

             Plaintiff,

     v.

WEAR ME APPAREL CORP.,
d/b/a KIDS HEADQUARTERS and
HEYMAN CORPORATION,

             Defendants.
------------------------------------------------------------x

Case No.: 07 CV 4035 (DAB)

**NOTICE OF MOTION**

     PLEASE TAKE NOTICE that upon the attached Declaration of Gary A. Stahl, Esq., dated February 26, 2008, the exhibits annexed thereto, and the accompanying Memorandum of Law, defendant Heyman Corporation will move before Hon. Deborah A. Batts, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, on March 19, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, for an Order pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure granting the following relief:

     (a)    dismissing the Complaint with respect to defendant Heyman Corporation on the grounds of lack of personal jurisdiction; and

     (b)    such other and further relief as the Court may deem just and proper.

     PLEASE TAKE FURTHER NOTICE that pursuant to Rule 6.1 of the Local Rules of the United States District Court for the Southern District of New York, answering papers, if any, are required to be served upon the undersigned on or before 10 business days from the date of service hereof.

Dated: February 26, 2008

Respectfully submitted,

**STAHL COWEN CROWLEY ADDIS LLC**

By: _____
Trent P. Cornell, Esq.
Scott N. Schreiber, Esq.
Angelique Palmer, Esq.
55 West Monroe, Suite 1200
Chicago, Illinois 60603
(312) 641-0060

-and-

**CROWELL & MORING LLP**

By: _____
Gary A. Stahl (GS-3987)
153 East 53rd Street
New York, New York 10022
(212) 223-4000

Attorneys for Defendant Heyman Corporation

## CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2008, I caused to be electronically filed the foregoing Notice of Motion utilizing the Court's CM/ECF system, which will automatically send notice of such filing to the following attorneys of record:

>Steven Mitnick, Esq.
>Mitnick & Malzberg, Esq.
>29 Race Street
>Frenchtown, New Jersey 08825
>
>    and
>
>Leslie Martin Shamis, Esq.
>Leslie Martin Shamis
>64 W. Park Ave., P.O. Box 570
>Long Beach, New York 11561
>
>Attorneys for Plaintiff Sammart Fashion Co., Ltd.
>
>
>Jeremy Andrew Cohen, Esq.
>Kramer, Levin, Naftalis & Frankel, LLP
>1177 Avenue of the Americas
>New York, New York 10036
>
>Attorneys for Defendant Wear Me Apparel Corp.

*s/ Gary A. Stahl*
Gary A. Stahl (GS 3987)
