UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
SAMMART FASHION CO., LTD.,                       :
                                                 : Case No.: 07 CV 4035 (DAB)
                        Plaintiff,               :
            v.                                   :
                                                 : DECLARATION OF
WEAR ME APPAREL CORP.,                           : GARY A. STAHL, ESQ.
d/b/a KIDS HEADQUARTERS and                      : IN SUPPORT OF
HEYMAN CORPORATION,                              : MOTION TO DISMISS
                                                 :
                        Defendants.              :
                                                 :
------------------------------------------------------------x

      GARY A. STAHL states as follows pursuant to 28 U.S.C. § 1746 and under penalty of perjury:

      1.    I am a member of the bar of this Court, and I am of counsel to the law firm of Crowell & Moring LLP, local counsel for defendant Heyman Corporation. I am fully familiar with the facts and prior proceedings in this action.

      2.    This Declaration is submitted in support of Heyman Corporation's motion to dismiss the Complaint pursuant to Fed. R. Civ. P. 12(b)(2), based on lack of personal jurisdiction. The purpose of this Declaration is to introduce certain materials into the record.

      3.    Attached hereto as Exhibit A is a true and correct copy of the Affidavit of Lawrence Heyman, sworn to on February 25, 2008.

      4.    Attached hereto as Exhibit B is a true and correct copy of the Complaint in this action.

5. I declare under penalty of perjury that the foregoing is true and correct. Executed in New York, New York on February 26, 2008.

_____
GARY A. STAHL

## CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2008, I caused to be electronically filed the foregoing Declaration and accompanying exhibits utilizing the Court's CM/ECF system, which will automatically send notice of such filing to the following attorneys of record:

> Steven Mitnick, Esq.
> Mitnick & Malzberg, Esq.
> 29 Race Street
> Frenchtown, New Jersey 08825
>
> and
>
> Leslie Martin Shamis, Esq.
> Leslie Martin Shamis
> 64 W. Park Ave., P.O. Box 570
> Long Beach, New York 11561
>
> Attorneys for Plaintiff Sammart Fashion Co., Ltd.
>
>
> Jeremy Andrew Cohen, Esq.
> Kramer, Levin, Naftalis & Frankel, LLP
> 1177 Avenue of the Americas
> New York, New York 10036
>
> Attorneys for Defendant Wear Me Apparel Corp.

_s/ Gary A. Stahl_
Gary A. Stahl (GS 3987)