# *EXHIBIT A*

| SAMMART FASHION CO., LTD. ) | UNITED STATES DISTRICT COURT |
|---|---|
| ) | SOUTHERN DISTRICT OF NEW YORK |
| Plaintiff, ) | |
| ) | Case No. 07 CV 4035 |
| ) | JUDGE BATTS |
| v. ) | |
| ) | |
| WEAR ME APPAREL CORP., ) | |
| d/b/a KIDS HEADQUARTERS ) | |
| and HEYMAN CORPORATION ) | |
| ) | |
| Defendants. ) | |

## AFFIDAVIT OF LAWRENCE HEYMAN

LAWRENCE HEYMAN, being first duly sworn on oath, being of age of the majority and of sound mind, deposes and states as follows:

1. I, Lawrence Heyman, am the President and sole shareholder of Heyman Corporation ("Heyman").

2. I have personal knowledge of the facts contained in this affidavit.

3. Heyman is a Delaware Corporation. Heyman is not licensed to do business in New York. Heyman does not do business in New York.

4. Heyman does not own property or maintain a place of business in New York. Its current principal place of business is in Illinois.

7. Heyman does not have any officers, agents, or employees within New York.

FURTHER AFFIANT SAYETH NOT:

_____
LAWRENCE HEYMAN
President of Heyman Corporation

SUBSCRIBED AND SWORN TO BEFORE ME

this 25th day of February, 2008.

_____
NOTARY PUBLIC



Official Seal
NOTARY PUBLIC
STATE OF ARIZONA
County of Pima
LARRY ANN TORRENTE
My Commission Expires January 1, 2012

EXHIBIT A