UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
SAMMART FASHION CO., LTD.,

               Plaintiff,

v.

WEAR ME APPAREL CORP.,
d/b/a KIDS HEADQUARTERS and
HEYMAN CORPORATION,

               Defendants.
-------------------------------------------------------------x

Case No.: 07 CV 4035 (DAB)

**STATEMENT PURSUANT TO F.R.CIV.P. 7.1**

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant, Heyman Corporation, states that it is wholly-owned by Lawrence Heyman, the President and sole shareholder, and that Heyman Corporation is not a publicly held corporation.

Dated: February 26, 2008

                                     Respectfully submitted,

                                     STAHL COWEN CROWLEY ADDIS LLC

                                     By: _____
                                          One of Its Attorneys

                                     Trent P. Cornell, Esq.
                                     Scott N. Schreiber, Esq.
                                     Angelique Palmer, Esq.
                                     55 West Monroe, Suite 1200
                                     Chicago, Illinois 60603
                                     (312) 641-0060

                                     -and-

                                     CROWELL & MORING LLP

                                     By: _____
                                          One of Its attorneys

                                     Gary A. Stahl (GS-3987)
                                     153 East 53rd Street
                                     New York, New York 10022
                                     (212) 223-4000

                                     Attorneys for Defendant Heyman
                                     Corporation

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 26, 2008, I caused to be electronically filed the foregoing Statement Pursuant to Fed.R.Civ.P. 7.1 utilizing the Court's CM/ECF system, which will automatically send notice of such filing to the following attorneys of record:

>Steven Mitnick, Esq.
>Mitnick & Malzberg, Esq.
>29 Race Street
>Frenchtown, New Jersey 08825
>
>and
>
>Leslie Martin Shamis, Esq.
>Leslie Martin Shamis
>64 W. Park Ave., P.O. Box 570
>Long Beach, New York 11561
>
>Attorneys for Plaintiff Sammart Fashion Co., Ltd.
>
>
>Jeremy Andrew Cohen, Esq.
>Kramer, Levin, Naftalis & Frankel, LLP
>1177 Avenue of the Americas
>New York, New York 10036
>
>Attorneys for Defendant Wear Me Apparel Corp.

>>*s/ Gary A. Stahl*
>>Gary A. Stahl (GS 3987)