# Mitnick & Malzberg, P.C.

ATTORNEYS AT LAW
P. O. Box 429
FRENCHTOWN, NEW JERSEY 08825
Telephone: (908) 996-3716 · Fax: (908) 996-7743
Website: www.mmpclawfirm.com

STEVEN MITNICK
smitnick@mmpclawfirm.com
MITCHELL MALZBERG *
mmalzberg@mmpclawfirm.com
*Also Admitted in PA

STREET ADDRESS: 29 RACE STREET, FRENCHTOWN, NJ 08825

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 03/11/08

March 11, 2008

<u>Via Facsimile – 212-805-7902</u>
Honorable Deborah A. Batts
United States District Court
Southern District of New York
500 Pearl Street, Room 2510
New York, NY 10007
Attention: Corrine Williams

RE: SAMMART FASHION CO. LTD v. WEAR ME APPAREL CORP. d/b/a KIDS HEADQUARTERS AND HEYMAN CORPORATION
<u>Case No. 07 CV 4035</u>
*Motion to Dismiss for Lack of Personal Jurisdiction*

Dear Judge Batts:

The undersigned serves as co-counsel to the Plaintiff, and I have discussed with Defendant Heyman Corporation's local counsel their motion to dismiss this litigation for lack of personal jurisdiction presently before the Court. This motion was electronically filed on February 26, 2008 and pursuant to Local Rule 6.1, Plaintiff had ten days to answer this motion which would be March 11, 2008. This letter shall serve as the Plaintiff's first request for an extension of time to file responsive pleadings. Pursuant to Your Honor's local rules, the parties have conferred and agreed upon a briefing schedule on Defendant's motion, wherein Plaintiff will file opposition papers by April 4, 2008, and Defendant shall serve its reply papers by April 17, 2008.

If this is acceptable to Your Honor, we will proceed in accordance with the above.

Respectfully,

MITCHELL MALZBERG, ESQ.

MM/sb
Cc: Gary A. Stahl, Esq. (*Via Facsimile – 212-223-4134*)
Jeremy A. Cohen, Esq. (*Via Facsimile –212-715-8000*)
Scott N. Schreiber, Esq. (*Via Facsimile –312-641-6959*)
Leslie Martin Shamis, Esq. (*Via Facsimile – 516- 889-9105*)

MEMO ENDORSED

**SO ORDERED**

Deborah A. Batts 3/11/08
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE