UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------

SAMMART FASHION CO. LTD.

                Plaintiff,                Case No. 07 CV 4035

-against-                              JUDGE BATTS

WEAR ME APPAREL CORP.
d/b/a KIDS HEADQUARTERS
and HEYMAN CORPORATION,

                Defendants,
-----------------------------------------------------------

STATE OF NEW YORK)
COUNTY OF NASSAU )  ss:

    I, MARIE CAPUTO, being duly sworn, deposes and says: I am not a party to the action, am over 18 years of age and reside in Long Beach, New York 11561.

    On April 4, 2008 I served the within BRIEF IN OPPOSITION and AFFIDAVIT and AFFIRMATION IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS FOR LACK OF JURISDICTION by depositing a true copy thereto enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, by regular mail, addressed to each of the following persons at the last known address set forth after each name:

TO:    Stahl Cowen Crowley Addis LLC
       55 West Monroe, Suite 1200
       Chicago, Illinois 60603

       Crowell & Moring LLP
       153 East 53rd Street, 31st Floor
       New York, NY 10022-4611

       Jeremy Andrew Cohen, Esq.
       Kramer Levin Naftalis & Frankel LLP
       1177 Avenue of the Americas
       New York, NY 10036

                                                  *Marie Caputo*
                                                  Marie Caputo

Sworn to before me this
4th day of April, 2008

MAX SHAMIS
Notary Public, State of New York
02SH3608550, Qual. In Nassau Co.
Commission Expires Dec. 31, 2009