LESLIE MARTIN SHAMIS, ESQ.
PO Box 570
Long Beach, New York 11561
(516)889-9200
Attorney to Plaintiff

MITCHELL MALZBERG, ESQ.
MITNICK & MALZBERG, P.C.
29 Race Street
PO Box 429
Frenchtown, New Jersey 08825
(908) 996-3716
Co-counsel to Plaintiff

_____

| | | |
|---|---|---|
| In the Matter of | : | UNITED STATES DISTRICT COURT |
| | : | SOUTHERN DISTRICT OF NEW YORK |
| SAMMART FASHION CO. LTD. | : | |
| | : | Case No. 07 CV 4035 |
| Plaintiff(s), | : | |
| | : | JUDGE BATTS |
| v. | : | |
| WEAR ME APPAREL CORP. d/b/a KIDS HEADQUARTERS and HEYMAN CORPORATION, | : | **RULE 7.1 STATEMENT** |
| Defendant(s). | : | |

_____

Pursuant to Federal Rule of Civil Procedure 7.1 the Plaintiff(s), SAMMART FASHION CO. LTD. states that it is not a publicly traded corporation and that its' parent corporation is not a publicly owned corporation. The parent corporation of Plaintiff(s), SAMMART FASHION CO. LTD. is DRAGON GATE HOLDINGS GROUP LIMITED which owns 99.9% of SAMMART FASHION CO. LTD. DRAGON GATE HOLDINGS GROUP LIMITED is a British Virgin Islands company.

Dated: April 28, 2008

　_/s/ Leslie M. Shamis_
LESLIE MARTIN SHAMIS
Counsel to the Plaintiff(s)