USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: April 30, 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
SAMMART FASHION CO., LTD.,

        Plaintiff,

v.

WEAR ME APPAREL CORP.,
d/b/a KIDS HEADQUARTERS and
HEYMAN CORPORATION,

        Defendants.
------------------------------------------------------------- x

Case No.: 07 CV 4035 (DAB)

ORDER ADMITTING COUNSEL
*PRO HAC VICE*
ON WRITTEN MOTION

Upon the motion of Gary A. Stahl, Esq., of the firm of Crowell & Moring LLP, attorneys for Defendant Heyman Corporation, for the admission *pro hac vice* of Scott N. Schreiber, Esq. and Angelique Palmer, Esq., and upon said sponsoring attorney's affidavit, sworn to on April 2, 2008, and supplemental affidavit, sworn to on April 17, 2008, in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Scott N. Schreiber, Esq. | Angelique Palmer, Esq. |
| Stahl Cowen Crowley Addis LLC | Stahl Cowen Crowley Addis LLC |
| 56 West Monroe Street, Suite 1200 | 56 West Monroe Street, Suite 1200 |
| Chicago, Illinois 60603 | Chicago, Illinois 60603 |
| (312) 641-0060 (tel.) | (312) 641-0060 (tel.) |
| (312) 641-6959 (fax) | (312) 641-6959 (fax) |
| *sschreiber@stahlcowen.com* | *apalmer@stahlcowen.com* |

are admitted to practice *pro hac vice* as counsel for Defendant Heyman Corporation in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password. Counsel shall forward the *pro hac vice* fee to the Clerk of Court

**SO ORDERED**

*Deborah A. Batts* 4/23/08
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE



SO ORDERED this _____ day of April, 2008

_____
U.S.D.J.